**E-filed 11/29/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

JOYCE JONES,

    Plaintiff,

   v.

AT&T,

    Defendants.

_____

No. C-07-3888-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Case Management Conference currently scheduled for November 30, 2007. The new hearing date is Friday, 2/1/08 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 11/29/07                        For the Court,
                                                  Richard W. Wieking, Clerk

                                                  Diana Munz
                                                  electronic signature
                                                  Courtroom Deputy