| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Law Offices Of: Waukeen Q. McCoy<br>703 Market St<br>Suite 1407<br>San Francisco, CA 94103<br>Telephone No: 415-675-7705    FAX No: 415-675-2530 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: JOYCE JONES, an individual
Defendant: At&t, A Delaware Corporation Doing Business In California; Pacific Bell Telephone Co

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03888 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT

3. a. Party served: STEPHANIE CHANDLER
   b. Person served: Cesar Ramirez, Facility Manager -

4. Address where the party was served: 1 RIVER OAKS PLACE
   San Jose, CA 95134

5. I served the party:
   b. **by substituted service.** On: Fri., Nov. 30, 2007 at: 4:29PM by leaving the copies with or in the presence of:
   Cesar Ramirez, Facility Manager, 408-493-7007 / Hispanic, Male, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 150 Pounds; who accepted docs on behalf of defendant, and said he will forward them to AT&T Records department in Oakland, CA.
   (2) **(Home)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. Mark L Kunkel

   ABOINGO SERVICES
   Aboingo Services      P 510-475-6161
   1780 Whipple Rd       F 510-475-6262
   Suite #102            www.aboingo.net
   Union City, CA 94587

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $75.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    1130
      (iii) County:              Santa Clara
      (iv)  Expiration Date:     Thu, Mar. 26, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Dec. 03, 2007

Judicial Council Form                PROOF OF SERVICE                (Mark L Kunkel)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUM-CIVI/CASE & COMP                      6757705.34623