| Attorney or Party without Attorney:<br>Law Offices Of: Waukeen Q. McCoy<br>703 Market St<br>Suite 1407<br>San Francisco, CA 94103<br>Telephone No: 415-675-7705     FAX No: 415-675-2530 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff     Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Northern District Of California |

**Plaintiff:** JOYCE JONES, an individual

**Defendant:** At&t, A Delaware Corporation Doing Business In California; Pacific Bell Telephone Co

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03888 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT

3. a. Party served:           STEPHANIE CHANDLER
   b. Person served:          Cesar Ramirez, Facility Manager -

4. Address where the party was served:     1 RIVER OAKS PLACE
                                           San Jose, CA 95134

5. I served the party:
   b. **by substituted service.** On: Fri., Nov. 30, 2007 at: 4:29PM by leaving the copies with or in the presence of:
   Cesar Ramirez, Facility Manager, 408-493-7007 / Hispanic, Male, 35 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 150 Pounds; who accepted docs on behalf of defendant, and said he will forward them to AT&T Records department in Oakland, CA.
   (2) **(Home)** Authorized to Accept the Service of Process. I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. Mark L Kunkel



Aboingo Services      P 510-475-6161
1780 Whipple Rd       F 510-475-6262
Suite #102            www.aboingo.net
Union City, CA 94587

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. **The Fee** for Service was:     $75.00

e. I am: (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:      1130
   (iii) County:               Santa Clara
   (iv)  Expiration Date:      Thu, Mar. 26, 2009

8. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: Mon, Dec. 03, 2007

(Mark L Kunkel)