| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Waukeen Q. McCoy<br>703 Market St<br>Suite 1407<br>San Francisco, CA 94103<br>Telephone No: 415-675-7705   FAX No: 415-675-2530 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: JOYCE JONES, an individual
Defendant: At&t, A Delaware Corporation Doing Business In California; Pacific Bell Telephone Co

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03888 PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE AND COMPLAINT

3. a. Party served:  AT&T
   b. Person served:  party in item 3.a. Margaret Wilson, Person Authorized to Accept Service -, Cauc, Female, 50 Years Old, Blonde Hair, Unknown Color of Eyes, 5 Feet 3 Inches, 150 Pounds

4. Address where the party was served:  CT CORPORATION
   818 WEST SEVENTH STREET
   Los Angeles, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 26, 2007 (2) at: 3:15PM

7. Person Who Served Papers:
   a. R. Headcock (O'Mally & Associates Attorney Ser



Aboingo Services    P 510-475-6161
1780 Whipple Rd     F 510-475-6262
Suite #102          www.aboingo.net
Union City, CA 94587

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:  $37.50
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:  3603
      (iii) County:  Los Angeles
      (iv)  Expiration Date:  Sat, Apr. 12, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Nov. 29, 2007

Judicial Council Form                        PROOF OF SERVICE         (R. Headcock (O'Mally & Associates Attorney Ser)
Rule 982.9.(a)&(b) Rev January 1, 2007       SUM-CIVL/CASE & COMP                                         0737705.34620