LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:  (415) 357-4605

Attorneys for Defendant
AT&T CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>        Defendants. | Case No. C07-3888 PVT<br><br>**DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT AT&T CORP.'S ADMINISTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

I, Susan T. Kumagai, state and declare:

1. I am a partner in the law firm of Lafayette & Kumagai LLP, attorneys of record for Defendant AT&T Corp. ("Defendant" or "AT&T Corp."). I make this Declaration in support Defendant's Administrative Application To Extend Time To Respond to Plaintiff Joyce Jones' ("Plaintiff") Amended Complaint. I have personal knowledge of the facts set forth herein and if called to testify, could and would competently testify thereto under oath.

2. A true and correct copy of the Complaint originally filed in this action on or about July 30, 2007 is hereto attached as Exhibit A. Plaintiff never served the Summons or original Complaint on AT&T Corp.

1

DEC. OF SUSAN T. KUMAGAI ISO DEFENDANT AT&T CORP.'S ADMINSTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Case No C07-3888 PVT)

3.  On or about October 30, 2007, I contacted Plaintiff's counsel, Spencer Smith of the Law Offices of Waukeen McCoy, and advised that Plaintiff's former employer – and thus the correct corporate defendant in this case – is Pacific Bell Telephone Company ("Pacific Bell"), and not AT&T Corp. Mr. Smith and I agreed that Plaintiff would voluntarily dismiss AT&T Corp., and amend the Complaint to name Pacific Bell in place of AT&T Corp. I sent Mr. Smith an October 31, 2007 letter memorializing our conversation and agreement. A true and correct copy of my October 31, 2007 letter to Mr. Smith is hereto attached as Exhibit B.

4.  On or about November 16, 2007, Mr. Smith left a voice message for Diane Kong, an attorney in our firm, stating that he intended to "add" Pacific Bell as a defendant, and that he intended to represent to the court in a Case Management Conference Statement (to be filed the same day) that our firm would accept service on behalf of Pacific Bell.

5.  On or about November 16, 2007, I returned Mr. Smith's call and reiterated our agreement, which was that Plaintiff would dismiss AT&T Corp. and amend the complaint to name Pacific Bell as the proper defendant. Mr. Smith told me that he would not dismiss AT&T Corp., and that he was adding Pacific Bell as a "Doe." I sent Mr. Smith a November 16, 2007 letter memorializing our conversation. A true and correct copy of my November 16, 2007 letter to Mr. Smith is hereto attached as Exhibit C.

6.  On or about November 21, 2007, an Amended Complaint was filed in this action. A true and correct copy of the Summons and Amended Complaint is hereto attached as Exhibit D.

7.  On November 26, 2007, Plaintiff attempted service of the Amended Complaint on the corporate agent for service for AT&T Corp.

8.  On January 4, 2008, I called Mr. Smith, regarding AT&T Corp.'s dismissal. He stated that if I provided him documentation to show that AT&T Corp. was not Plaintiff's employer, e.g., pay stubs, he would dismiss AT&T Corp. I sent Mr. Smith a January 4, 2008 letter memorializing our agreement. Enclosed with my January 4, 2008 letter to Mr. Smith were copies of W-2 Forms evidencing that Pacific Bell (and not AT&T Corp.) was Plaintiff's employer. I also enclosed a stipulation to extend the time for AT&T Corp. to respond to the

DEC. OF SUSAN T. KUMAGAI ISO DEFENDANT AT&T CORP.'S ADMINSTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Case No. C07-3888 PVT)

2

Amended Complaint to provide the parties time to resolve the matter. A true and correct copy of my January 4, 2008 letter to Mr. Smith is hereto attached as Exhibit E.

9. On or about January 9, 2008, Mr. Smith sent me a letter stating that he would not dismiss AT&T Corporation and that he would not sign the stipulation to extend the time for a responsive pleading. A true and correct copy of Mr. Smith's January 9, 2008 letter is hereto attached as Exhibit F.

10. Defendant has not previously requested any extension of time in this case.

11. Although Defendant has not been served with a current Case Management Conference order, I do not believe that the requested extension of time would have a negative effect on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January, 2008 in San Francisco, California.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on January 14, 2008 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai

DEC. OF SUSAN T. KUMAGAI ISO DEFENDANT AT&T CORP.'S ADMINSTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Case No. C07-3888 PVT)

3