# EXHIBIT B

# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415.357.4600 TEL
415.357.4605 FAX

www.lkclaw.com

October 31, 2007

Spencer Smith, Esq.
Darrel Patten, Esq.
Law Offices of Waukeen McCoy
703 Market Street, Suite 1407
San Francisco, California 94103

      Re:    *Joyce Jones v. Pacific Bell Telephone Company*
              <u>Our File: pacbell-jone</u>

Dear Mr. Smith:

This letter confirms the telephone conversation we had yesterday. Service of summons and complaint has not been attempted on defendant AT&T in this action. I advised that the correct corporate defendant in this action is plaintiff's former employer Pacific Bell Telephone Company, not AT&T. You agreed to voluntarily dismiss AT&T and amend the complaint to name Pacific Bell Telephone Company as the proper defendant instead, and in place of, AT&T. In exchange, this firm will accept service of process of summons and complaint on behalf of Pacific Bell by way of notice of acknowledgement and receipt.

It is our understanding that the individual defendants have not been properly served in this action.

Thank you for your professional courtesy in this matter.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

SUSAN T. KUMAGAI

STK/lr

**EXHIBIT B**