**EXHIBIT C**

# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415 357 4600 TEL
415 357 4605 FAX

www.lkclaw.com

November 16, 2007

**Via Facsimile and U.S. Mail**

Spencer Smith, Esq.
Law Offices of Waukeen McCoy
703 Market Street, Suite 1407
San Francisco, California 94103

Re: *Joyce Jones v. Pacific Bell Telephone Company*
Our File: pacbell-jone

Dear Mr. Smith:

This letter confirms the telephone conversation we had today.

You left a voice message for Diane Kong of our office that plaintiff intended to amend the complaint to "add" Pacific Bell Telephone Company ("Pacific Bell") as a defendant in this action and that you would represent to the court in a CMC statement to be filed today that we would accept service on behalf of Pacific Bell.

I returned your call to clarify and confirm our prior agreement which was set forth in a letter to you dated October 31, 2007. A copy of our prior letter is enclosed. In that regard, we offered to accept service on behalf of Pacific Bell by Notice of Acknowledgment and Receipt based on the agreement that plaintiff would dismiss AT&T and amend the complaint to name Pacific Bell as the proper party defendant. You indicated in today's telephone conversation that plaintiff will not dismiss AT&T and will merely add Pacific Bell as a "Doe."

Plaintiff's refusal to abide by her prior promise simply negates any prior agreement made by the parties.

As we discussed, AT&T is a holding company and was not plaintiff's employer. If plaintiff pursues her action against AT&T, we will seek court intervention for relief and our attorneys' fees for having to engage in unnecessary motion practice.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

SUSAN T. KUMAGAI

Enclosure

**EXHIBIT C**