# EXHIBIT F

703 Market Street Suite 1407  
San Francisco, CA 94103  
Web: www.waukeenmccoy.com


*Law Offices of*  
**Waukeen Q. McCoy**

Phone: (415) 675-7705  
Facsimile: (415) 675-2530  
Email: mail@waukeenmccoy.com

January 9, 2008

### VIA FACSIMILE AND U.S. MAIL

Susan Kumagai, Esq.  
Lafayette & Kumagai LLP  
100 Spear Street, Suite 600  
San Francisco, a 94105  
Fax: 415.357.4605

Re: Joyce Jones v Pac Bell et al.

Dear Ms. Kumagai:

    This letter serves to clarify several misrepresentations contained in your letter dated January 4, 2008. In our phone conversation on January 4th I informed you that I would have to confer with my client and Waukeen McCoy before responding to your request to dismiss AT&T. I also stated that I needed to confer with my client and Waukeen McCoy regarding the stipulation to extend time. I have conferred with my client and Waukeen McCoy on both matters and we have decided it is not in the client's best interest to dismiss AT & T or to agree to the stipulation.

                                   Sincerely,

                                     Spencer Smith, Esq.

**EXHIBIT F**