LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>Defendants. | Case No. C07-3888 PVT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S ADMINISTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

Defendant AT&T Corp.'s ("Defendant") Administrative Application to Extend Time to Respond to the Amended Complaint filed by Plaintiff Joyce Jones ("Plaintiff") is hereby GRANTED. Defendant's responsive pleading to Plaintiff's Amended Complaint is due on February 8, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

_____
The Honorable Patricia V. Trumbull
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S ADMINISTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Case No. C07-3888 PVT)

1

## CERTIFICATE OF SERVICE

1  I certify that a copy of this document was served electronically on January 14, 2008 on
2  counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by
3  use of the Court's ECF system.

4                                                                    /s/ Susan T. Kumagai

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S ADMINISTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT (Case No. C07-3888 PVT)