**EXHIBIT E**

# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415 357 4600 TEL
415 357 4605 FAX

www.lkclaw.com

January 4, 2008

**Via Facsimile and U.S. Mail**

Spencer Smith, Esq.
Law Offices of Waukeen McCoy
703 Market Street, Suite 1407
San Francisco, California 94103

Re:   *Joyce Jones v. Pacific Bell Telephone Company*
      Our File:  pacbell-jone

Dear Mr. Smith:

This letter confirms the telephone conversation we had today wherein you agreed that if we could provide you with documentation to show that AT&T Corporation was not Joyce Jones' employer, e.g. pay stubs, you will dismiss AT&T Corporation from this action. Enclosed are W-2 Forms evidencing Pacific Bell Telephone Company was plaintiff's employer. The enclosed documentation is sufficient to establish the identity of plaintiff's employer for purposes of this lawsuit. Please dismiss AT&T Corporation as agreed.

In the meantime, we have enclosed a stipulation to extend the time for AT&T Corporation to respond to the amended complaint in this case to provide additional time to resolve the foregoing issue. Please sign and return the stipulation and we will file with the Court.

Thank you for your attention to this matter.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

SUSAN T. KUMAGAI

STK:lr

Enclosures

### Copy C for Employee's records

| Box | Label | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 35759.50 |
| 2 | Federal income tax withheld | 780.15 |
| 3 | Social security wages | 35759.50 |
| 4 | Social security tax withheld | 2217.09 |
| 5 | Medicare wages and tips | 35759.50 |
| 6 | Medicare tax withheld | 518.51 |
| a | Control number | 00151729 |
| b | Employer's FED ID number | 94-0745535 |
| d | Employee's SSA number | 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 |
| c | Employer's name, address, and ZIP code | Pacific Bell Telephone Company, 909 Chestnut St, 28K07, St. Louis MO 63101-3002 |
| 13 | Retirement plan | X |
| 14 | Other — CA SDI Tax | 321.84 |
| 15 | State | CA |
| | Employer's state ID | 002-2238-0 |
| 16 | State wages, tips, etc. | 35759.50 |
| 17 | State income tax | 120.18 |

e Employee's first name and initial / Last name:
JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

Form W-2 Wage and Tax Statement 2003
OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service. This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

### Copy 2 To Be Filed With Employee's STATE Income Tax Return

Same W-2 data as above (Joyce R Jones, Pacific Bell Telephone Company, wages 35759.50, etc.)

Form W-2 Wage and Tax Statement 2003

---

### Copy B To Be Filed With Employee's FEDERAL Tax Return

Same W-2 data as above.

Form W-2 Wage and Tax Statement 2003

---

### Copy 2 To Be Filed With Employee's CITY or LOCAL Income Tax Return

Same W-2 data as above.

Form W-2 Wage and Tax Statement 2003

### Copy C for Employee's records

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other compensation | 48420.54 |
| 2 | Federal income tax withheld | |
| 3 | Social security wages | 48420.54 |
| 4 | Social security tax withheld | 3002.07 |
| 5 | Medicare wages and tips | 48420.54 |
| 6 | Medicare tax withheld | 702.10 |
| a | Control number | 00151729 |
| b | Employer's FED ID number | 94-0745535 |
| d | Employee's SSA number | 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 |

c Employer's name, address, and ZIP code:
Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

13 Retirement plan: X
14 Other: CA SDI Tax 571.36

e Employee's first name and initial / Last name:
JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

| 15 State | Employer's state ID |
|---|---|
| CA | 002-2238-0 |
| 16 State wages, tips, etc. | 48420.54 |

Form W-2 Wage and Tax Statement 2004
OMB. No. 1545-0008

---

### Copy 2 To Be Filed With Employee's STATE Income Tax Return

Same data as above. W-2 2004.

---

### Copy B To Be Filed With Employee's FEDERAL Tax Return

Same data as above. W-2 2004.

---

### Copy 2 To Be Filed With Employee's CITY or LOCAL Income Tax Return

Same data as above. W-2 2004.

| 1 Wages, tips, other compensation 48006.62 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 48006.62 | 4 Social security tax withheld 2976.41 |
| 5 Medicare wages and tips 48006.62 | 6 Medicare tax withheld 696.10 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  1.80 |
| 13 Statutory employee / Retirement plan X / Third-Party Sick pay | 12b |
| 14 Other  CA SDI Tax   518.45 | 12c |
|  | 12d |

e Employee's first name and initial    Last name

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 48006.62 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form W-2   Wage and Tax Statement   2005
OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service. This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.
Copy C for Employee's records

---

| 1 Wages, tips, other compensation 48006.62 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 48006.62 | 4 Social security tax withheld 2976.41 |
| 5 Medicare wages and tips 48006.62 | 6 Medicare tax withheld 696.10 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  1.80 |
| 13 Statutory employee / Retirement plan X / Third-Party Sick pay | 12b |
| 14 Other  CA SDI Tax   518.45 | 12c |
|  | 12d |

e Employee's first name and initial    Last name

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 48006.62 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form W-2   Wage and Tax Statement   2005
OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service
Copy 2 To Be Filed With Employee's STATE Income Tax Return

---

| 1 Wages, tips, other compensation 48006.62 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 48006.62 | 4 Social security tax withheld 2976.41 |
| 5 Medicare wages and tips 48006.62 | 6 Medicare tax withheld 696.10 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  1.80 |
| 13 Statutory employee / Retirement plan X / Third-Party Sick pay | 12b |
| 14 Other  CA SDI Tax   518.45 | 12c |
|  | 12d |

e Employee's first name and initial    Last name

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 48006.62 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form W-2   Wage and Tax Statement   2005
OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service
Copy B To Be Filed With Employee's FEDERAL Tax Return

---

| 1 Wages, tips, other compensation 48006.62 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 48006.62 | 4 Social security tax withheld 2976.41 |
| 5 Medicare wages and tips 48006.62 | 6 Medicare tax withheld 696.10 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  1.80 |
| 13 Statutory employee / Retirement plan X / Third-Party Sick pay | 12b |
| 14 Other  CA SDI Tax   518.45 | 12c |
|  | 12d |

e Employee's first name and initial    Last name

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 48006.62 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form W-2   Wage and Tax Statement   2005
OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service
Copy 2 To Be Filed With Employee's CITY or LOCAL Income Tax Return

| 1 Wages, tips, other compensation 52058.13 | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages 52058.13 | 4 Social security tax withheld 3227.60 |
| 5 Medicare wages and tips 52058.13 | 6 Medicare tax withheld 754.84 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  3.20 |
| 13 Statutory employee  Retirement plan X  Third-Party Sick pay | 12b |
| 14 Other CA SDI Tax  416.44 | 12c |
|  | 12d |

e Employee's first name and initial    Last name    Suff.

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 52058.13 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    OMB. No. 1545-0008
Dept. of the Treasury - Internal Revenue Service. This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.
Copy C for Employee's records

---

| 1 Wages, tips, other compensation 52058.13 | 2 Federal Income tax withheld |
|---|---|
| 3 Social security wages 52058.13 | 4 Social security tax withheld 3227.60 |
| 5 Medicare wages and tips 52058.13 | 6 Medicare tax withheld 754.84 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  3.20 |
| 13 Statutory employee  Retirement plan X  Third-Party Sick pay | 12b |
| 14 Other CA SDI Tax  416.44 | 12c |
|  | 12d |

e Employee's first name and initial    Last name    Suff.

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 52058.13 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    OMB. No. 1545-0008    Dept. of the Treasury - Internal Revenue Service
Copy 2 To Be Filed With Employee's STATE Income Tax Return

---

| 1 Wages, tips, other compensation 52058.13 | 2 Federal Income tax withheld |
|---|---|
| 3 Social security wages 52058.13 | 4 Social security tax withheld 3227.60 |
| 5 Medicare wages and tips 52058.13 | 6 Medicare tax withheld 754.84 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  3.20 |
| 13 Statutory employee  Retirement plan X  Third-Party Sick pay | 12b |
| 14 Other CA SDI Tax  416.44 | 12c |
|  | 12d |

e Employee's first name and initial    Last name    Suff.

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 52058.13 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    OMB. No. 1545-0008    Dept. of the Treasury - Internal Revenue Service
Copy B To Be Filed With Employee's FEDERAL Tax Return

---

| 1 Wages, tips, other compensation 52058.13 | 2 Federal Income tax withheld |
|---|---|
| 3 Social security wages 52058.13 | 4 Social security tax withheld 3227.60 |
| 5 Medicare wages and tips 52058.13 | 6 Medicare tax withheld 754.84 |
| a Control number 00151729 | Employer use only |
| b Employer's FED ID number 94-0745535 | d Employee's SSA number 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 |

c Employer's name, address, and ZIP code

Pacific Bell Telephone Company
909 Chestnut St, 28K07
St. Louis MO 63101-3002

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  C  3.20 |
| 13 Statutory employee  Retirement plan X  Third-Party Sick pay | 12b |
| 14 Other CA SDI Tax  416.44 | 12c |
|  | 12d |

e Employee's first name and initial    Last name    Suff.

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

f Employee's address and ZIP code

| 15 State CA | Employer's state ID 002-2238-0 | 18 Local wages, tips, etc |
|---|---|---|
| 16 State wages, tips, etc. 52058.13 | | 19 Local income tax |
| 17 State income tax | | 20 Locality name |

Form **W-2** Wage and Tax Statement **2006**    OMB. No. 1545-0008    Dept. of the Treasury - Internal Revenue Service
Copy 2 To Be Filed With Employee's CITY or LOCAL Income Tax Return

```
 1  LAFAYETTE & KUMAGAI LLP
    GARY T. LAFAYETTE (State Bar No. 088666)
 2  SUSAN T. KUMAGAI (State Bar No. 127667)
    DENNIS W. HAYASHI (State Bar No. 087077)
 3  100 Spear Street, Suite 600
    San Francisco, California 94105
 4  Telephone:   (415) 357-4600
    Facsimile:   (415) 357-4605
 5
    Attorneys for AT&T CORPORATION
 6
    LAW OFFICES OF WAUKEEN Q. McCOY
 7  WAUKEEN Q. McCOY, ESQ. (State Bar No. 168228)
    SPENCER SMITH, ESQ. (State Bar No. 236587)
 8  The Central Tower
    703 Market Street, Suite 1407
 9  San Francisco, California 94103
    Telephone:   (415) 675-7705
10  Facsimile:   (415) 675-2530

11  Attorney of Plaintiff JOYCE JONES
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>　　　　Defendants. | Case No. C07-3888 PVT<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

WHEREAS plaintiff Joyce Jones ("plaintiff") and defendant AT&T Corporation ("defendant") (collectively, the "Parties") agree to extend the time for AT&T Corporation to file a responsive pleading (including, but not limited to, a motion to dismiss pursuant to FRCP Rule 12) to January 18, 2008.

WHEREAS, AT&T Corporation does not waive any right to assert the defense of lack of jurisdiction by entering into this stipulation.

1

1     IT IS HEREBY STIPULATED by and between the parties as follows:

2     1.    The last day for AT&T Corporation to file a responsive pleading to plaintiff's Amended Complaint in the above-caption action shall be extended to January 18, 2008.

DATED: January ___, 2008        LAW OFFICES OF WAUKEEN Q. McCOY

_____
SPENCER SMITH
Attorneys for Plaintiff
JOYCE JONES

DATED: January ___, 2008        LAFAYETTE & KUMAGAI LLP

_____
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T CORPORATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

---

2

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
(Case No. C07-3888 PVT)

1 | **CERTIFICATE OF SERVICE**

2 |     I certify that a copy of this document was served electronically on January 4, 2008 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                    /s/*Susan T. Kumagai*

3

STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING
(Case No. C07-3888 PVT)