WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
JOYCE JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual;<br><br>    Defendants. | Case No. C 07-03888 PVT<br><br>UNLIMITED JURISDICTION<br><br>**DECLARATION OF SPENCER SMITH IN OPPOSITION TO DEFENDANT AT&T'S ADMINISTRATIVE APPLICATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

I, Spencer Smith, declare as follows:

1. I am an attorney licensed to practice law in the State of California, and I am an associate in the Law Offices of Waukeen McCoy, counsel of record for Plaintiff in this matter.

2. I have personal knowledge of the facts contained herein, and if called to testify would do so competently thereto.

3. On January 4, 2007, I spoke via telephone with counsel for Defendant AT&T, Ms.

DECLARATION OF SPENCER SMITH

1

Kumagai; wherein she again requested that Plaintiff dismiss AT&T. I denied the request, and asked that she submit proof that AT&T was never Plaintiff's employer for purposes of Title VII. I denied her request for an extension of time and told her we would not file a default on AT&T if we had an answer within a reasonable amount of time.

4. Ms. Kumagai then wrote a letter (faxed after the close of business January 4, 2008) which purported to state that we had entered into a stipulation concerning dismissal of AT&T, or for an extension of time. I reviewed the documents she submitted and then corrected her concerning whether we had stipulated to anything during our January 4 conversation. A true and correct copy of my facsimile correspondence of January 9, 2008 is attached hereto as Exhibit "A".

5. Upon learning that Ms. Kumagai had filed her Application for Administrative relief on January 14, 2008 without including my facsimile letter of January 9, 2008, our office was forced to request that all future communications with Ms. Kumagai be in writing or with a Court reporter present, given her demonstrated overreaching and serious factual omissions. A true and correct copy of that letter is attached hereto as Exhibit "B"

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct,

Dated: JANUARY 15, 2008

_____
DECLARANT

DECLARATION OF SPENCER SMITH

2

EXHIBIT "A"

703 Market Street, Suite 1407
San Francisco, CA 94103
Web: www.waukeenmccoy.com



*Law Offices of*
*Waukeen Q. McCoy*

Phone: (415) 675-7705
Facsimile: (415) 675-2530
Email: mail@waukeenmccoy.com

January 9, 2008

**VIA FACSIMILE AND U.S.MAIL**

Susan Kumagai, Esq.
Lafayette & Kumagai LLP
100 Spear Street, Suite 600
San Francisco, a 94105
Fax: 415.357.4605

Re: Joyce Jones v Pac Bell et al..

Dear Ms. Kumagai:

    This letter serves to clarify several misrepresentations contained in your letter dated January 4, 2008. In our phone conversation on January 4th I informed you that I would have to confer with my client and Waukeen McCoy before responding to your request to dismiss AT&T. I also stated that I needed to confer with my client and Waukeen McCoy regarding the stipulation to extend time. I have conferred with my client and Waukeen McCoy on both matters and we have decided it is not in the client's best interest to dismiss AT & T or to agree to the stipulation.

                                              Sincerely,

                                              Spencer Smith, Esq.

EXHIBIT "B"

703 Market Street, Suite 1407
San Francisco, CA 94103
Web: www.mccoyslaw.com



*Law Offices of*
*Waukeen Q. McCoy*

Phone: (415) 675-7705
Facsimile: (415) 675-2530
Email: mail@mccoyslaw.com

VIA FACSIMILE and U.S. MAIL  415-357-4605

January 15, 2008

Susan Kumagai, Esq.
Lafayette & Kumagai LLP
100 Spear St., Suite 600
San Francisco, CA 94105

Re: Jones v. Pac Bell, et. al.

Dear Ms. Kumagai:

Your recent filing in the above-referenced matter is extremely troubling. My office never agreed to dismiss AT&T from this matter and we did not stipulate to any extension of time. Your representations to the Court are false. This is especially true since you omitted from your submission to the Court the fax letter from Spencer Smith of my office to you dated January 9, 2008, in which we informed you that, after consulting with the client, we would not be able to dismiss AT&T at this stage nor enter into any stipulation which prolongs the litigation.

Given that you have so egregiously misrepresented to the Court the substance and sequence of voice communications with my office I must request that all future communications by you with our office be in writing only. If there is an absolute need for voice communications we will do so with a court reporter present. This restriction does not at this time apply to other members of your firm, who are welcome to engage in voice communication in addition to written communication.

Finally, please withdraw your pending motion, as it is made without any factual foundation.

Very truly yours,

LAW OFFICES OF WAUKEEN Q. McCOY

WAUKEEN Q. McCOY