UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 1, 2008
**Case Number:** CV-07-3888-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          **JOYCE JONES  V.  AT & T, ET AL**

                **PLAINTIFF**                              **DEFENDANT**

   Attorneys Present:                                Attorneys Present:

---

PROCEEDINGS:
    Case management conference held.  There are no appearances.  Continued to 3/14/08 at 10:30 a.m for case management conference.