LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T Corp.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>    Defendants. | Case No. C07-3888 JF<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AT&T CORP.'S MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR SANCTIONS**<br><br>Date:     March 28, 2008<br>Time:    9:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge:   Hon. Jeremy Fogel |

    Defendant AT&T Corp., by and through its counsel, hereby requests that this Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

    1.    The Contract Between the Companies and Communications Workers of America ("CBA"). A true and correct copy of pertinent sections of the CBA are attached hereto as Exhibit A, and is incorporated herein by reference. Courts have taken judicial notice of collective bargaining agreements in evaluating motions to dismiss. See, e.g., Eaton v. Siemens, 2007 WL 1500724, #1, fn.5 (ED Cal. 2007); Busey v. P.W. Supermarkets, Inc., 368 F.Supp.2d 1045, 1049-50 (N.D. Cal. 2005).

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AT&T CORP.'S MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR SANCTIONS
(Case No. C07-3888 JF)

2.  The Complaint of Discrimination Under the Provisions of the California Fair Employment and Housing Act, DFEH #E200304-G-0089-00pre ("2003 DFEH Charge"). A true and correct copy is attached hereto as Exhibit B, and is incorporated herein by reference. Documents not physically attached to the complaint may be nonetheless considered by the court if the complaint refers to such documents, the document is central to plaintiff's claim and no party questions the authenticity of the copy attached to the 12(b)(6) motion. Branch v. Tunnell, 14 F.3d 449, 454 (9th Cir. 1994).

3.  The Notice of Unemployment Insurance Claim Filed. A true and correct copy is attached hereto as Exhibit C, and is incorporated herein by reference. A court may take judicial notice of records and reports of administrative bodies. Mack v. South Bay Beer Distributors, Inc., 798 F.2d 1279, 1282 (9th Cir. 1986).

4.  Proof of Service and Service of Process Transmittal, 11/26/2007. A true and correct copy is attached hereto as Exhibit D, and is incorporated herein by reference. A court may take judicial notice of its own records. See, e.g, Shuttlesworth v. City of Birmingham, 394 U.S. 147, 157; Hymes v. Procunier, 428 F.2d 824, 824 (9th Cir. 1970).

5.  Defendant AT&T Corp.'s Administrative Application to Extend Time to Respond to Plaintiff's Amended Complaint. A true and correct copy is attached hereto as Exhibit E, and is incorporated herein by reference. A court may take judicial notice of its own records. See, e.g., Shuttlesworth v. City of Birmingham, 394 U.S. 147, 157 (1969); Hymes v. Procunier, 428 F.2d 824, 824 (9th Cir. 1970).

6.  Plaintiff's Opposition to Administrative Application. A true and correct copy is attached hereto as Exhibit F, and is incorporated herein by reference. A court may take judicial notice of its own records. See, e.g., Shuttlesworth v. City of Birmingham, 394 U.S. 147, 157 (1969); Hymes v. Procunier, 428 F.2d 824, 824 (9th Cir. 1970).

7.  Corporation record of Pacific Bell Telephone Company, California Secretary of State, and corporation record of AT&T Corp., New York State Department of State. True and

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AT&T CORP.'S MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR SANCTIONS
(Case No. C07-3888 JF)

1 correct copies are attached hereto as Exhibit G, and are incorporated herein by reference. A court
2 may take judicial notice of records and reports of administrative bodies. <u>Mack v. South Bay Beer</u>
3 <u>Distributors, Inc.</u>, 798 F.2d 1279, 1282 (9th Cir. 1986).

4

5 DATED: February 8, 2008                    LAFAYETTE & KUMAGAI LLP

6                                            /s/ *Susan T. Kumagai*
                                             SUSAN T. KUMAGAI
7                                            Attorneys for Defendant
                                             AT&T CORP.
8

9

10                      **CERTIFICATE OF SERVICE**

11   I certify that a copy of this document was served electronically on February 8, 2008 on
counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by
12 use of the Court's ECF system.

13                                            /s/ *Susan T. Kumagai*

14

15

16

17 ATT\Jone\Pldg\Mot to dismiss\RJN.doc

18

19

20

21

22

23

24

25

26

27

28
                                                                                              3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AT&T CORP.'S MOTION TO DISMISS
AMENDED COMPLAINT AND REQUEST FOR SANCTIONS
(Case No. C07-3888 JF)