**Exhibit A**

# 1998 Contract

Communications Workers of America 

Pacific Telesis Group
Pacific Bell
Nevada Bell 

Effective April 1, 1998
Expiration Date April 1, 2001



Exhibit A

**Section A2**   NORTHERN CALIFORNIA - NETWORK SERVICES (EXCEPT OFFICIAL COMMUNICATIONS SERVICES - BUSINESS OFFICE), *SPECIAL MARKETS - OPERATOR SERVICES (SYSTEMS TECHNOLOGY DISTRICT ONLY),* INDUSTRY *OPERATIONS* (CUSTOMER NETWORK MANAGEMENT ONLY), PUBLIC COMMUNICATIONS (OPERATIONS ONLY), HUMAN RESOURCES, *CORPORATE REAL ESTATE (EXCEPT PRODUCTION REPRESENTATIVE TITLE), INFORMATION TECHNOLOGY (EXCEPT COMPUTER OPERATOR TITLE) AND CORPORATE AND ADMINISTRATIVE SERVICES (PROCUREMENT ONLY)* WORKING CONDITIONS

The working conditions covered in this Section apply to Pacific Bell employees who are represented by the Communications Workers of America in the following organizations:   Network Services (except Official Communications Services - Business Office), *Special Markets - Operator Services (Systems Technology District only),* Industry *Operations* (Customer Network Management only), Public Communications (Operations Only), Human Resources, *Corporate Real Estate (except Production Representative Title), Information Technology (except Computer Operator Title) and Corporate and Administrative Services (Procurement only)* as determined by geographic headquarters assignment to be in Northern California, having the title classifications listed below:

**Section A2.01**   TITLES AND APPLICATIONS

| | |
|---|---|
| Analyst | Garage Attendant |
| Assignment Administrator | Garage Mechanic |
| Building Mechanic | Maintenance Administrator |
| Building Specialist | Medical Assistant |
| Collector | Messenger (Motorized) |
| Communications Technician | Operations Administrator |
| Company Telecommunications Technician | *Operations Specialist* |
| | Outside Plant Technician |
| Computer Operator | RCMA Administrator |
| Customer Service Associate | Reports Associate |
| Data Administrator | Services Specialist |
| Data Specialist | Services Technician |
| Driver | Splicing Technician |
| Engineering Administrator | Staff Associate |
| Engineering Assistant | Supervisor's Assistant |
| *Engineering Cost Associate* | Supply Service Attendant |
| Equipment Installation Technician | Systems Technician |
| | Testing Technician |
| Equipment Specialist | |
| Facilities Administrator | |
| Facilities Technician | |
| FACS Administrator | |

# 2004 CONTRACT



**Communications Workers of America**



**Pacific Telesis Group**
**Pacific Bell**
**Nevada Bell**

Advanced Solutions, Inc.
Pacific Bell Home Entertainment
Pacific Bell Information Services – MNG
SBC Services, Inc.
SBC Telecom, Inc. in Las Vegas
SBC Telecom, Inc. – Network Operations



Effective April 4, 2004
Expiration Date April 4, 2009

Operations, SBC Telecom, Inc. in Las Vegas, NV, Advanced Solutions, Inc., Pacific Bell Information Services–Maintenance Notification Group **and** External Affairs/Regulatory–Nevada only as determined by geographic headquarters assignment to be in Northern California or Nevada, having the title classifications listed below:

### Section A2.01   TITLES AND APPLICATIONS

| | |
|---|---|
| Accounting Associate | Garage Attendant |
| Analyst | Garage Mechanic |
| **Antenna Technician** | Human Resources Operations Associate |
| Assignment Administrator | |
| Building Mechanic | Maintenance Administrator |
| Building Specialist | Maintenance Notification Associate (PBIS MNG only) |
| **Cable Locator** | |
| Collector | Medical Assistant |
| Combination Technician (Nevada Only) | Messenger (Motorized) |
| Communications Technician | Network Maintenance Specialist |
| **Company** Telecommunications Technician | Operations Administrator |
| | Operations Specialist |
| Customer Service Associate | Outside Plant Technician |
| Data Administrator | RCMA Administrator |
| Data Specialist | Reports Associate |
| Driver | Services Specialist |
| Engineering Administrator | Services Technician |
| Engineering Assistant | Splicing Technician |
| Engineering Cost Associate | Staff Associate |
| **ENOC Technician** | Supervisor's Assistant |
| Equipment Installation Technician | Supply Service Attendant |
| Equipment Specialist | Supply Specialist (Nevada only) |
| Facilities Administrator | Systems Technician |
| Facilities Technician | Systems Technician– Data Communications |
| FACS Administrator | |
| Field Job Administrator | Testing Technician |

### Section A2.02   HOURS OF WORK

A. Eight (8) consecutive hours, exclusive of meal period, shall constitute a full shift, except as provided in Section A2.02H. Four (4) consecutive hours, exclusive of meal period, shall constitute a half shift. A

APPENDIX A