# Exhibit B

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E200304-G-0089-00pre |
|---|---|
| | EEOC # 37A A3 02132 |

If dual-filed with EEOC, this form may be affected by the Privacy Act of 1974

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING and EEOC

COMPLAINANT'S NAME (indicate Mr. or Ms.)
Jones, Joyce Ray (Ms.)

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| 31205 Kimberly Court | (408) 493-7359 |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| Union City, CA 94587 | Alameda | 001 |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
SBC (Pacific Bell)

| ADDRESS | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| 1 River Oaks Place | (408) 493-7359 |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| San Jose, CA 95134 | Santa Clara | 085 |

CAUSE OF DISCRIMINATION BASED ON (CHECK APPROPRIATE BOX[ES])

☒ RACE   ☐ SEX   ☒ DISABILITY   ☐ RELIGION   ☐ NATIONAL ORIGIN/ANCESTRY ☐ DENIAL OF FAMILY/MEDICAL LEAVE   ☐ SEXUAL ORIENTATION
☐ COLOR   ☐ AGE   ☐ MARITAL STATUS ☐ MEDICAL CONDITION (cancer or genetic characteristics)   ☒ OTHER (SPECIFY) RETALIATION

| NO. OF EMPLOYEES/MEMBERS | DATE MOST RECENT OR CONTINUING DISCRIMINATION | RESPONDENT CODE |
|---|---|---|
| 120 | TOOK PLACE (month, day, and year) May 22, 2003 | 48 |

THE PARTICULARS ARE:

I.   On February 26, 2003 I was denied family medical leave. During the course of my employment I have been subjected to racial harassment by my co-worker Blanca Mejia and subjected to differential treatment by my Manager Stephanie Chandler. On May 22, 2003 I was counseled regarding my attendance. I am employed in the position of Collection Representative. I was hired on August 14, 2000.

II.   The reason given by the FMLA Processing Unit, for the denial of family medical leave was that I did not submit my certification in time. No reason was given for the differential treatment.

iii.   i believe that I have been harassed, denied family medical leave and subjected to differential treatment because of my race (African American) and serious health condition and in retaliation for filing a complaint of discrimination with my employer. My belief is based on the following:

A.   On January 13, 2003, I filed a complaint with my employer regarding discriminatory treatment by my Manager, Stephanie Chandler. Shortly thereafter I was denied family medical leave and I was charged for attendance occurrences that should not have gone against my record.

Rcvd 8-7-03

# * * * EMPLOYMENT * * *

| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # | E200304-G-0089-00pre |
|---|---|---|
| | EEOC # | 37a A3 02132 |

COMPLAINANT'S NAME(S) (indicate Mr. or Ms.)
Jones, Joyce Ray (Ms.)

RESPONDENT'S NAME
SBC (Pacific Bell)

THE PARTICULARS ARE:

B. On May 22, 2003 I was counseled regarding my attendance by Alysia Evans, Administrative Manager. I was disciplined for absences that occurred while I was on approved family medical leave and for occurrences that should have been removed from my record after one year. Non African American employees who have not filed complaints are not similarly disciplined or treated in a similar manner.

C. I was racially harassed by Blanca Mejia, co-worker. The harassment was of a verbal nature and occurred on a daily basis. The harassment created a hostile work environment.

D. I reported the harassment to Stephanie Chandler and nothing was done.

E. The following benefits which I am and was entitled to while on Family Medical Leave were terminated by Alysia Evans. (Administration Manager) and SBC. Benefits terminated medical, prescription, Dental and Life Insurance coverage. These benefits were terminated from April 30, 2003 to approximately June 15, 2003.

Page 2 of 2

RECEIVED

AUG 0 4 2003

DEPT. OF FAIR EMPLOYMENT AND HOUSING SAN JOSE

Retyped and mailed for signature on July 30, 2003.

☒ I also want this charge filed with the Federal Equal Employment Opportunity Commission (EEOC).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated    8/4/03

At    San Jose
                City

COMPLAINANT'S SIGNATURE

AUG 0 4 2003

DFEH-300-01 (12/99)          SJ:AL:eo
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

DATE FILED:

STATE OF CALIFORNIA

STATE OF CALIFORNIA - STATE AND CONSUMER SERVI        GENCY                                                ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
111 North Market Street, Suite 810. San Jose. CA 95113-1102
(408) 277-1277  TTY (800) 700-2320  Fax (408) 277-9997
www.dfeh.ca.gov



July 13, 2004

JOYCE RAY JONES
31205 KIMBERLY COURT
UNION CITY, CA 94587

RE:   E200304G0089-00-pre/37AA302132
      JONES/SBC (PACIFIC BELL)

Dear JOYCE RAY JONES:

### NOTICE OF CASE CLOSURE

The consultant assigned to handle the above-referenced discrimination complaint
that was filed with the Department of Fair Employment and Housing (DFEH) has
recommended that the case be closed on the basis of: No Probable Cause To Prove
A Violation Of The Statute.

Please be advised that this recommendation has been accepted and the case has
been closed effective July 13, 2004.

This letter is also your Right-To-Sue Notice. According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the
Fair Employment and Housing Act against the person, employer, labor organization
or employment agency named in the above-referenced complaint.  This is also
applicable to DFEH complaints that are filed under, and allege a violation of
Government Code section 12948 which incorporates Civil Code sections 51, 51.7,
and 54.  The civil action must be filed within one year from the date of this letter.
However, if  your civil complaint alleges a violation of Civil Code section 51, 51.7
or 54, you should consult an attorney about the applicable statutes of limitation.  If
you signed a settlement agreement resolving your complaint, it is likely that you
have waived your right to file a private lawsuit.

Notice of Case Closure
Page Two

This case may be referred to the U.S. Equal Employment Opportunity Commission
for further review. If so, pursuant to Government Code section 12965, subdivision
(d)(1), your right to sue will be tolled during the pendency of EEOC's review of your
complaint.

The Department of Fair Employment and Housing does not retain case files beyond
three years after a complaint is filed, unless the case is still open at the end of the
three-year period.

Sincerely,

Marlene Winstead
District Administrator

cc:    Case File

STEPHANIE DAVIS
SR EEO CONSULTANT
SBC (PACIFIC BELL)
2600 CAMINO RAMON, RM. 2N102
SAN RAMON, CA  94583

DFEH-200-08e (04/03)
GLUECKEA



STATE OF CALIFORNIA
STATE AND CONSUMER SERVICES AGENCY
DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
111 NORTH MARKET STREET, SUITE 810
SAN JOSE, CA 95113-1102

34563+5000  42