# Exhibit C



**Employment Development Department**
State of California

EMPLOYMENT DEVELOPMENT DEPARTMENT   #0410
PO BOX 1201
SAN BERNARDINO   CA   92402-1201

THIS NOTICE WAS MAILED TO THE EMPLOYER/ADDRESS LISTED BELOW ON   09/10/07

PAC BELL TELEPHONE CO
PO BOX 283
SAINT LOUIS    MO   63166-0283

New Claim       X
Additional Claim

Inside Calif. (800) 300-5616
Outside Calif. (800) 250-3913

## IMPORTANT   NOTICE OF UNEMPLOYMENT INSURANCE CLAIM FILED

This is a notice that a claim for unemployment insurance benefits has been filed. Forward it immediately to persons within your organization who are responsible for handling claims. **The time limit for replying is 10 days from the mail date shown above. Failure to respond may result in an Increased Employment Tax Rate.**

The claimant provided us with the following information and listed you as his/her last employer.

| Claimant's Name | Social Security Number | Effective Date of Claim | 09/02/07 |
|---|---|---|---|
| JOYCE   R JONES | 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 | Last Date Worked | 07/31/07 |

Reason for Separation
   I AM SUSPENDED WITHOUT PAY PENDING INVESTIGATION WITH NO RETURN TO WORK DATE

### I  EXPLANATION AND INSTRUCTIONS FOR EMPLOYERS

You have received this form because the individual shown above has filed a claim for unemployment insurance benefits and has listed you as his/her most recent employer prior to filing this claim. No reply is required if the claimant was laid off due to lack of work and no other eligibility issue has been identified. For detailed information on employer responsibilities in the unemployment insurance program, our DE 44, California Employer's Guide, is available upon request.

### II  REPORTING FACTS - Respond in writing by completing Sections A, B, C on the reverse of this form

The law requires an employer to submit any facts in his/her possession which may affect a claimant's eligibility for benefits. Furnish information if this claimant:

- Voluntarily quit
- Was discharged or fired for reasons other than lack of work
- Left work because of a trade dispute
- Is receiving a pension based on his/her prior work
- Is working on a full-time basis, or has earnings payable over $25.99, covering any time on or after the effective date of this claim as shown on the reverse side of this form
- Is not able to work, available for, or seeking work
- Has refused employment
- Is not legally entitled to work in the U.S
- Performed services as a sports or athletic participant and has reasonable assurance of performing such services in the next season
- Made false statements or withheld material information in filing for benefits
- If you are a school employer, also furnish information if the claimant has a contract for or reasonable assurance of returning to work
- Important: Make your response as complete as possible; these facts will be used in determining the claimant's eligibility

A Department representative may contact you for further eligibility information. If a representative is unable to reach you, he/she may leave a message for you to return the telephone call. If after 48 hours no response has been received, the Department is required to make an eligibility decision based on available information.

### III  TIME LIMITS FOR REPLYING

Submit facts in writing to the field office shown at the top of this form within 10 days of the mail date shown above. If your mailing is late, explain your reasons for delay as the time limit may be extended only for good cause. You may reply on this form in the space provided in Section IV, on additional sheets as needed, or by separate letter. Always include your State Employer Account Number and include the claimant's Social Security Number as it appears on the claim and in your payroll records.

If you submit facts in a timely manner, a determination will be issued concerning the claimant's eligibility. In addition, if facts are submitted regarding a quit or discharge, a ruling will be issued advising an employer with a reserve account as to whether his/her account will be subject to changes resulting from benefits paid. To obtain a ruling on any prior quit or discharge involving this claimant, you must furnish facts within 10 days of the mail date shown above.

ADDITIONAL INFORMATION ON EMPLOYER RESPONSIBILITIES IS SHOWN ON THE REVERSE
Mail your response to the EDD office shown in the above upper left-hand corner

(OVER)

DE 1101C/Z/ Rev 4 (1-05) EMPLOYER NOTICE                                                                                   CU-PA217

**Exhibit C**

| IV REPORTING ELIGIBILITY INFORMATION· Do not return this form unless Sections A or B are completed It is necessary to complete Section C for all responses |
|---|

A  REPORTING FACTS

_____
_____
_____
_____

Claimant Social Security Number  _ _ _ - _ _ - _ _ _ _        Date Last Worked was  _ _  -  _ _  -  _ _
                                 (from your payroll records)                        (Month)  (Day)  (Year)

B  OTHER COMPENSATION

Complete the following if you paid or will pay any compensation, aside from regular salary, covering any time on or after the effective date of this claim No entry is required if the claimant has been separated from your employ for any indefinite period and has or will receive only vacation pay

Amount $ _____ Type of Payment _____ for period from _____ through _____

C  EMPLOYER CERTIFICATION  THE ABOVE STATEMENTS WERE TAKEN FROM BUSINESS RECORDS OR ARE BASED ON KNOWLEDGE OF THE UNDERSIGNED

PRINT name of person to contact for further information

Name of contact _____   Telephone No ( _ _ _ ) _ _ _ - _ _ _ _  Ext _____

Employer _____   Date _____

STATE EMPLOYER
ACCOUNT NO  _ _ _ - _ _ _ _    Signed By _____

| V ELIGIBILITY DETERMINATION |
|---|

It may be necessary to contact you by telephone or letter for eligibility information if an issue is identified by the field office  Regardless of whether such contact is made however, unless you respond to the notice by mail as described in this notice, you will not be entitled to a written notice of the Department's decision

IMPORTANT

- Section 1327 of the UI Code provides for an extension of the 10-day response period if, after the 10-day period, you acquire knowledge of facts that may affect the eligibility of the claimant and facts could not reasonably have been known within the period  However, you must provide the Department with these facts within 10 days of acquiring them

- Section 1142(a) provides that an employer who willfully makes a false statement or representation, or willfully fails to report a material fact in connection with a separation issue may be assessed a penalty of up to 10 times the claimant's weekly benefit amount
  Section 1142(b) provides that an employer who willfully makes a false statement or representation or willfully fails to report a material fact in submitting a written statement concerning reasonable assurance of a claimant's reemployment, as defined in Section 1253 3(g), may be assessed a penalty of up to 10 times the claimant's weekly benefit amount

- Section 2101 of the UI Code provides that it is a misdemeanor to willfully make a false statement or knowingly fail to disclose a material fact to obtain, increase, reduce, or defeat any payment of benefits

| PLEASE MAIL YOUR RESPONSE TO THE EDD OFFICE AND ADDRESS SHOWN IN THE UPPER LEFT-HAND CORNER ON THE REVERSE SIDE OF THIS FORM |
|---|

TTY (non-voice) (800) 815-0387

DE 1101C/Z/ Rev 4 (1-05) EMPLOYER NOTICE                                                                         CU-PB217

## RESPONSE TO EMPLOYER COMMUNICATION

| Claimant's Name<br>JOYCE JONES | | Social Security Number / ECN<br>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 | |
|---|---|---|---|
| Date Mailed<br>09-25-07 | Date Benefit Year Began<br>09-02-07 | Separation Date<br>07-31-07 | Postmark Date of Your Communication<br>09-20-07 |
| See reverse side for timeliness of information, appeal rights and other information<br><br>TALX (UC EXPRESS)<br>PO BOX 283<br>ST LOUIS MO 63166 | | Field Office Address and phone number<br><br>Employment Development Department<br>San Bernardino Adjudication Center 041<br>PO Box 641<br>San Bernardino, CA 92402-0641 | |
| Employer Name if Agent is Addressee<br><br>PAC BELL TELEPHONE CO ACCT. # 002-2238-0 | | Department Representative<br><br>Adjustment Department | |

Thank you for your communication regarding the unemployment insurance claim of the above-named individual. Your information has been considered in deciding whether the claimant is or is not eligible for benefits. However, A Notice of Determination and/or Ruling will not be issued for the reason(s) below

**No determination or ruling will be issued. The claim has been cancelled.**

DE 4614 Rev 24 (12-91) State of California / Employment Development Department