**Exhibit G**

# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 01, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| PACIFIC BELL TELEPHONE COMPANY |||
| **Number:** C0001234 | **Date Filed:** 12/31/1906 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 525 MARKET STREET |||
| SAN FRANCISCO, CA 94105 |||
| Agent for Service of Process |||
| C T CORPORATION SYSTEM |||
| 818 WEST SEVENTH ST |||
| LOS ANGELES, CA 90017 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: AT&T CORP.

Selected Entity Status Information

**Current Entity Name:** AT&T CORP.
**Initial DOS Filing Date:** MARCH 03, 1885
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
ROBERTA A BIENFALT
300 N POINT PARKWAY
ALPHARETTA, GEORGIA, 30005

**Principal Executive Office**
AT&T CORP.
ONE AT&T WAY
BEDMINSTER, NEW JERSEY, 07921

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results     New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page