UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>Defendants. | Case No. C07-3888 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR SANCTIONS<br><br>Date:        March 28, 2008<br>Time:       9:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge:      Hon. Jeremy Fogel |

Defendant AT&T Corp.'s Motion to Dismiss the Amended Complaint of plaintiff Joyce Jones, came on regularly for hearing on March 28, 2008, at 9:00 a.m. Waukeen McCoy appeared on behalf of plaintiff Joyce Jones and Susan T. Kumagai appeared on behalf of defendant AT&T Corp.

Having considered the moving and oppositions papers, the arguments of counsel, and all pleadings and papers on file and good cause appearing,

IT IS HEREBY ORDERED:

Defendant's Motion to Dismiss, without leave to amend, is Granted.

Dated: _____

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT

ATT\Jone\Pldg\Mot to dismiss\Prop order.doc

1

[PROPOSED] ORDER GRANTING DEFENDANT AT&T CORP.'S MOTION TO DISMISS
AMENDED COMPLAINT AND REQUEST FOR SANCTIONS
(Case No. C07-3888 JF)