LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>      Defendants. | Case No. C07-3888 JF/PVT<br><br>**DEFENDANT AT&T CORP.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         March 14, 2008<br>Time:         10:30 a.m.<br>Courtroom:    3, 5th Floor<br>Judge:        Hon. Jeremy Fogel |

Defendant AT&T Corp. ("defendant") submits the following Case Management Conference Statement pursuant to F.R.C.P. Rule 26(f) and Local Rule 16-9.[1]

1.   Jurisdiction and Service

Joyce Jones ("plaintiff") filed her original complaint on July 30, 2007, alleging, among other state causes of action, racial discrimination in violation of 42 U.S.C. Sections 1981 and 2000 and a violation of the Family Medical Leave Act, 29 U.S.C. Section 2917.

---

[1] Defendant's counsel attempted, unsuccessfully, to contact counsel for plaintiff in order to file a joint statement.

1

DEFENDANT AT&T CORP.'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C07-3888 JF/PVT

2. Summary of Facts

Plaintiff alleges that she was subjected to race discrimination and retaliation by defendant. Defendant denies plaintiff's allegations.

Factual disputes in this case include:

a. Whether the plaintiff was subjected to adverse employment action based on her race or alleged protected act;

b. Whether AT&T Corp. made any employment decisions regarding plaintiff and, if so, whether the decisions were based on plaintiff's race or alleged protected act.

3. Legal Issues

The following legal issues are in dispute:

a. Was AT&T Corp. plaintiff's employer for purposes of liability for race discrimination under Title VII and/or FEHA;

b. Was plaintiff subjected to an adverse employment action based on her race;

c. Was plaintiff subjected to an adverse employment action in retaliation for allegedly engaging in a protected act.

4. Motions

A motion to dismiss by defendant AT&T Corp. is pending. The hearing on the pending motion is scheduled for March 28, 2008.

5. Amendment of Pleadings

Defendant is unaware of a need to amend any pleading at this time pending a decision on AT&T Corp.'s motion to dismiss.

6. Evidence Preservation

Defendant was not plaintiff's employer and is in possession of no documents relevant to plaintiff's case and/or employment.

7. Disclosures

The parties have not exchanged initial disclosures.

DEFENDANT AT&T CORP.'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C07-3888 JF/PVT

8. Discovery

Defendant reserves its right to proceed with a discovery plan, if necessary, pending a ruling on its motion to dismiss.

9. Class Action

Not applicable.

10. Related Cases

None.

11. Settlement and ADR

Defendant reserves.

12. Consent to Magistrate Judge for All Purposes

Plaintiff stated she does not consent to a Magistrate Judge in her prior case management conference statement.

13. Other References

Defendant does not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

14. Narrowing of Issues

The parties have not agreed to the narrowing of any issues at this time

15. Expedited Schedule

Pending defendant's motion to dismiss, defendant does not believe this case should be handled on an expedited basis.

16. Scheduling

Defendant requests a trial date in May 2009 and all related pre-trial dates to be determined from said date.

DEFENDANT AT&T CORP.'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C07-3888 JF/PVT

17. Trial Estimate

Defendant estimates trial to last 14 court days.

DATED: March 11, 2008          LAFAYETTE & KUMAGAI LLP


                                /s/ Susan T. Kumagai
                                SUSAN T. KUMAGAI
                                Attorneys for Defendant
                                AT&T CORPORATION

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on March 11, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                /s/ Susan T. Kumagai
                                SUSAN T. KUMAGAI

ATT\Jone\Pldg\CMC ste-03-14-08.doc