UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, March 28, 2008
**Case Number:** CV-07-3888-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         **JOYCE JONES  V.  AT & T, ET AL**

                **PLAINTIFF**                                                **DEFENDANT**

**Attorneys Present:**  Spencer Smith               **Attorneys Present:**  Susan Kumagai

PROCEEDINGS:
    Hearing on Motion to Dismiss and Request for Sanctions held.  Parties are present.
The motion to dismiss is granted with leave to amend.  The Court shall issue a written ruling.