LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>    Defendants. | Case No. C07-3888 JF<br><br>**DEFENDANT AT&T CORP.'S CONTINUED CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:        May 9, 2008<br>Time:       10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Jeremy Fogel |

   Defendant AT&T Corp. ("defendant") submits the following Case Management Conference Statement pursuant to F.R.C.P. Rule 26(f) and Local Rule 16-9.

   1.   Jurisdiction and Service

        Joyce Jones ("plaintiff") filed her original complaint on July 30, 2007, alleging, among other causes of action, race discrimination in violation of 42 U.S.C. Sections 1981 and 2000 and violation of the Family Medical Leave Act ("FMLA"), 29 U.S.C. Section 2917.[1]

///

///

---

[1] Defendant AT&T Corp.'s Motion to Dismiss was granted as to Plaintiff's FMLA claim without leave to amend on March 28, 2008.

1

DEFENDANT AT&T CORP.'S CONTINUED CASE MANAGEMENT CONFERENCE STE.
Case No. C07-3888 JF

2.  Summary of Facts

Plaintiff alleges that she was subjected to race discrimination and retaliation by defendant. Defendant denies plaintiff's allegations.

Factual disputes in this case include:

a.  Whether the plaintiff was subjected to adverse employment action based on her race or alleged protected act;

b.  Whether AT&T Corp. made any employment decisions regarding plaintiff and, if so, whether the decisions were based on plaintiff's race or alleged protected act.

3.  Legal Issues

The following legal issues are in dispute:

a.  Was AT&T Corp. plaintiff's employer for purposes of liability for race discrimination and retaliation;

b.  Was plaintiff subjected to an adverse employment action based on her race;

c.  Was plaintiff subjected to an adverse employment action in retaliation for allegedly engaging in a protected act.

4.  Motions

A motion to dismiss by defendant AT&T Corp. was heard by the Court on March 28, 2008. The Court granted the motion to dismiss as to defendant AT&T Corp. with leave to amend. Defendant's motion was granted as to Plaintiff's FMLA claim without leave to amend.

5.  Amendment of Pleadings

Plaintiff was allowed leave to amend her complaint to allege facts sufficient to show AT&T Corp. was her employer for purposes of this action.

6.  Evidence Preservation

Defendant was not plaintiff's employer and is in possession of no documents relevant to plaintiff's case and/or employment.

7.  Disclosures

The parties have not exchanged initial disclosures.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

8. Discovery

No discovery has been conducted.

9. Class Action

Not applicable.

10. Related Cases

None.

11. Settlement and ADR

Defendant reserves.

12. Consent to Magistrate Judge for All Purposes

Plaintiff stated she does not consent to a Magistrate Judge in her prior case management conference statement.

13. Other References

Defendant does not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

14. Narrowing of Issues

The parties have not agreed to the narrowing of any issues at this time

15. Expedited Schedule

Defendant does not believe the case should be handled on an expedited basis.

16. Scheduling

Defendant reserves determination of scheduling dates pending filing of an amended complaint and response thereto.

17. Trial Estimate

10 trial days.

DATED: May 5, 2008                           LAFAYETTE & KUMAGAI LLP

*/s/ Susan T. Kumagai*
SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T CORPORATION

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on May 5, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                          */s/ Susan T. Kumagai*
                                          SUSAN T. KUMAGAI

ATT\Jone\Pldg\CMC ste hrg 05-09-08.doc

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605