1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  The Central Tower
   703 Market Street, Suite 1407
3  San Francisco, California 94103
   Telephone (415) 675-7705
4  Facsimile (415) 675-2530

5  Attorney for Plaintiff
   JOYCE JONES

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN JOSE DIVISION**

11

12  JOYCE JONES, an individual;          )  Case No.  C 07-3888 JF (PVT)
                                         )
13                                       )  **WAUKEEN McCOY'S DECLARATION IN**
            Plaintiff,                   )  **SUPPORT OF PLAINTIFF'S SECOND**
14                                       )  **AMENDED COMPLAINT**
         vs.                             )
15                                       )
                                         )
16                                       )
                                         )
17  AT&T, a corporation doing business in )
    California; PACIFIC BELL TELEPHONE   )
18  COMPANY; STEPHANIE CHANDLER;         )
    CINDY TSUE, and GABRIEL REYES.       )
19                                       )
                                         )
20                                       )
            Defendants.                  )
21                                       )
                                         )
22  _____       )
                                         )
23

24

25

26

27

28

I, Waukeen McCoy declare as follows:

1.     I am the attorney of record for Plaintiff in the above captioned matter.  I have personal knowledge of the facts set forth herein and if called as a witness would testify competently thereto.

2.     Plaintiff Joyce Jones contends that AT&T and Pacific Bell were her joint employers during her time as a Collection Representative for AT&T.

2.     AT&T claims that they are not Plaintiff's employer and are therefore not liable for her alleged race discrimination, retaliation, and wrongful termination claims.

3.     California courts have held that dual or joint employers may exist for the purposes of FEHA when "both [employers] have the right to exercise certain powers of control over the employee." *Mathieu v. Norrell Corp.*, 115 Cal. App. 4th 1174, 1183, 10 Cal. Rptr. 3d 52 (2004) (quoting *Kowalski v. Shell Oil Co.*, 23 Cal. 3d 168, 174, 151 Cal. Rptr. 671, 588 P.2d 811 (1979)). The key principle in evaluating whether a defendant is an employer is that the court must look at the totality of the circumstances, "with emphasis upon the extent to which the defendant controls the plaintiff's performance of employment duties." *Vernon v State*, 116 Cal. App. 114, 124 (2004). In viewing the totality of the circumstances, the court may also look to factors such as: (1) the nature and degree of control over employees; (2) the day-to-day supervision of employees, including discipline; (3) the authority to hire and fire employees and set conditions of employment; (4) the power to set conditions of employment; and (5) control of employee records, including payroll. See *Jones v. County of Los Angeles*, 99 Cal. App. 4th 1039, 1045-46, 121 Cal. Rptr. 2d 621 (2002); see also *Torres-Lopez v. May*, 111 F.3d 633, 639-40 (9th Cir. 1997). No one factor is decisive, and "the precise contours of an employment relationship

1    can only be established by a careful factual inquiry." *Vernon*, 116 Cal. App. 4th at 125 (quoting

2    *Graves v. Lowery*, 117 F.3d 723, 729 (3d Cir. 1997)).

3         4.    AT&T had control over Plaintiff in her role as an AT&T Collection

4    Representative.  This is evidenced by the following documents attached hereto as: Exhibit E

5    which is a true and correct copy of a Customer Service Self-Assessment Evaluation Plaintiff

6    used to evaluate her day-to-day activities as a Collection Representative for AT&T; Exhibit F

7    which is a true and correct copy of a January 8, 2007, memo Plaintiff received as a member of

8    the AT&T San Jose Collection Team for work performed as a AT&T Collection Representative;

9    Exhibit G which are true and correct copies of a Customer Commendation Awards Plaintiff

10   received while working as a Collection Representative for AT&T; and Exhibit H which is a true

11   and correct copy of an AT&T Action Request Plaintiff received while working as Collection

12   Representative for AT&T.

13        5.    AT&T was responsible for the day-to-day supervision of employees, including

14   discipline. This is evidenced by the following documents attached hereto as: Exhibit E which is a

15   true and correct copy of a Customer Service Self-Assessment Evaluation Plaintiff used to

16   evaluate her day-to-day activities as a Collection Representative for AT&T; Exhibit F which is a

17   true and correct copy of a January 8, 2007, memo Plaintiff received as a member of the AT&T

18   San Jose Collection Team for work performed as a AT&T Collection Representative; Exhibit G

19   which are true and correct copies of a Customer Commendation Awards Plaintiff received while

20   working as a Collection Representative for AT&T; and Exhibit H is a true and correct copy of an

21   AT&T Action Request Plaintiff received while working as Collection Representative for AT&T.

22        6.    AT&T set conditions of employment.  This is evidenced by the following

23   documents attached hereto as: Exhibit E which is a true and correct copy of a Customer Service

Self-Assessment Evaluation Plaintiff used to evaluate her day-to-day activities as a Collection Representative for AT&T; Exhibit F which is a true and correct copy of a January 8, 2007, memo Plaintiff received as a member of the AT&T San Jose Collection Team for work performed as a AT&T Collection Representative; Exhibit G which are true and correct copies of a Customer Commendation Awards Plaintiff received while working as a Collection Representative for AT&T.

7.    AT&T had control of Plaintiff's employee records, including payroll. This is evidenced by the following documents attached hereto as: Exhibit A which is a true and correct copy of a letter Plaintiff received from AT&T regarding the cancellation of her health benefits when she was terminated; Exhibit B which is a true and correct copy of Plaintiff's Statements of Earnings and Tax Allotments dated October 5, 2007, which lists AT&T as Plaintiff's employer; Exhibit C which is a true and correct copy of a check dated December 4, 2007, Plaintiff received from AT&T for services rendered; Exhibit D which is a true and correct copy of a letter Plaintiff received from AT&T regarding her AT&T pension benefit plan.

8.    All of the documents referenced in this declaration are documents Plaintiff will produce in her Rule 26 initial disclosures in this matter.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 7th day of May, 2008 at San Francisco, CA.

By _____/s/_____

Waukeen McCoy

4

# EXHIBIT A

 **at&t**

## EE Loss of Coverage COC

Statement Date 01-12-2008

 A002308

JOYCE R. JONES
31205 KIMBERLY CT.
UNION CITY CA  94587

As a result of your termination, your benefit coverage was canceled as detailed below.

## Coverage That Ends

Your coverage under the following benefit plans will end on the dates listed below:

|  | Coverage End Date |
|---|---|
| ● **Medical** | |
| Option 1140 -- Health Care Network Coverage Category C2 -- Class II Dependent Pretax | 12-31-2007 |
| ● **Working Spouse** | |
| Option 0 -- Contribution Does Not Apply | 12-31-2007 |
| ● **Dental** | |
| Option 2 -- DEP-PPO Coverage Category 2 -- Individual + 1 Pretax | 12-31-2007 |
| ● **Vision** | |
| Option 4 -- Coverage Coverage Category 2 -- Individual + 1 Pretax | 12-31-2007 |
| ● **Basic Life Insurance** | |
| Option 1 -- Employer-Paid Coverage - $55,000.00 | 12-31-2007 |
| ● **Supplemental Life Insurance** | |
| Option 0 -- No Coverage - $0.00 Smoker -- Yes | 12-31-2007 |

delivered by **Hewitt**



# EXHIBIT B



04/04/2008  12:07    5103248919    FEDEX KINKOS 0739    PAGE  03



JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA  94587

**Statement of Earnings, Taxes and Allotments**

PERS NO. 001S1729

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO  63101

CURRENT RATE  24.6750

| | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 816.00 | 29,539.82 |
| WAGES NOT SUBJECT TO INCOME TAX | | |
| INCOME TAX WITHHELD | | |
| SOC SEC  26.20% | 50.60 | 1,845.45 |
| MEDICARE  31.45% | 11.84 | 431.60 |
| CA SDI | 4.90 | 178.56 |
| AFTER-TAX DEDUCTIONS | 55.53 | |
| NET DIRECT DEPOSIT | 693.13 | |

REFUNDS AND DEDUCTIONS THIS PERIOD

| | | MISCELLANEOUS PAYMENT INFORMATION | |
|---|---|---|---|
| UNION DUES CWA DIST 9 | -55.53 | DIS/TOTAL PAID AT 100% | 80.00 |
| | | SDI DIS OFFSET | -1,158.00 |

2007 LIMITS
SOC SEC
TX  4,045.64
WGS  97,500
CA SDI
TX  586.33
WGS  83,389

W-2 WAGES | CURRENT | YTD | W-2 WAGES | CURRENT | YTD | OTHER YEAR-TO-DATE INFORMATION

04/04/2008  12:07    5103248919    FEDEX KINKOS 0739                    PAGE  08



JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA  94587

**Statement of Earnings, Taxes and Allotments**
PERS NO. 00151729

CURRENT RATE  24.6750

TOTAL COMPENSATION

| | THIS PERIOD | YTD |
|---|---|---|
| | 0.00 | 24,794.59 |

M24 MS EXT  ADDL  CHECK DATE  08/24/2007
PAY    FROM 08/05/2007
PERIOD TO  08/18/2007
39 RTH  99-0700933

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO  63101

WAGES
NOT
SUBJECT
TO INCOME
TAX

REFUNDS AND DEDUCTIONS THIS PERIOD

MISCELLANEOUS PAYMENT INFORMATION

UNPAID TIME OFF                    80.00

INCOME
TAX
WITHHELD

SOC SEC    6.20%
MEDICARE   1.45%
CA SDI

| | | |
|---|---|---|
| | 1,550.84 | |
| | 362.70 | |
| | 150.05 | |

2007 LIMITS
SOC SEC
TX  6,045.00
WGS  97,500
CA SDI
TX  586.31
WGS  83,389

| M-T WAGES | CURRENT | YTD | M-T WAGES | CURRENT | YTD | OTHER YEAR-TO-DATE INFORMATION |
|---|---|---|---|---|---|---|
| | 0.00 | | | | | |

## at&t

Statement of Earnings, Taxes and Allotments
PERS NO. 0015T29

PACIFIC BELL
TELEPHONE COMPANY
ONE A&T CENTER, 28TH FLR.
ST. LUIS, MO 63101

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA. 94587

CURRENT RATE  24.676

| | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 816.00 | 30,555.82 |
| WAGES NOT SUBJECT TO INCOME TAX | | |
| INCOME TAX WITHHELD | | |
| SOC SEC | 50.65 | 1,896.08 |
| MEDICARE | 11.84 | 443.44 |
| CA SDI | 4.89 | 183.45 |
| AFTER-TAX DEDUCTIONS | 0.17 | |
| NET DIRECT DEPOSIT | 748.47 | |

| | CURRENT | YTD |
|---|---|---|
| FED | 816.00 | 39,575.26 |
| SOCIAL SECURITY | 816.75 | 30,582.01 |
| MEDICARE | 816.75 | 30,582.01 |

26.20%
21.65%

W-2 WAGES        CA

IRS VAL EXCESS BASIC LIFE   6.75

REFUNDS AND DEDUCTIONS THIS PERIOD

DEPENDENT LIFE-AFTX

MISCELLANEOUS PAYMENT INFORMATION

-0.17 DIS/TOTAL PAID AT 100%
SDI DIS OFFSET

80.00
-1,158.00

| | CURRENT | YTD |
|---|---|---|
| | W-2 WAGES | |
| FED | 816.00 | 39,575.26 |
| | 816.00 | 30,575.26 |

OTHER YEAR-TO-DATE INFORMATION

Non-Negotiable Check Stub - Detach and Retain for Your Records
←— DETACH CHECK ALONG THIS PERFORATION —→

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

## NON-NEGOTIABLE
## PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS



04/04/2008  12:07   5103248919            FEDEX KINKOS 0739                    PAGE  11

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

**Statement of Earnings, Taxes and Allotments**

PERS NO. 00151729

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

| | CURRENT RATE 24.6750 | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 0.00 | 24,794.59 |

W-4 MS EXT  ADDL   CHECK DATE  09/07/2007
PAY    FROM 08/19/2007
PERIOD TO   09/01/2007
F9 EIN A 90-0749539

REFUNDS AND DEDUCTIONS THIS PERIOD | MISCELLANEOUS PAYMENT INFORMATION

| WAGES NOT SUBJECT TO INCOME TAX | | | |
|---|---|---|---|

UNPAID TIME OFF                    80.00

INCOME TAX WITHHELD

| SOC SEC | 06.20% | | 1,550.84 |
| MEDICARE | 01.45% | | 542.70 |
| CA SDI | | | 150.05 |

2007 LIMITS
SOC SEC
TX  6,045.00
WGS  97,500
CA SDI
TX  558.83
WGS  83,389

| | 0.00 | | |

| W-2 WAGES | CURRENT | YTD | W-2 WAGES | CURRENT | YTD | OTHER YEAR-TO-DATE INFORMATION |
|---|---|---|---|---|---|---|

= at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO  63101

UNION CITY CA  94587

| | CURRENT RATE  24.6750 | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 0.00 | 24,794.59 |

| | | W-4 FED EX. | CHECK DATE  09/21/2007 |
|---|---|---|---|
| WAGES NOT SUBJECT TO INCOME TAX | | FED EXEMPT | PAY PERIOD  09/02/2007 |
| INCOME TAX WITHHELD | | CA EXEMPT | PERIOD ID  99152007 |
| | | | FS EM  24-1785534 |

SOC SEC MEDICARE CA SDI

W-2 RATES
SOCIAL SECURITY   26.20%
MEDICARE   31.45%

| | CURRENT | YTD |
|---|---|---|
| FED | 5.00 | 25,014.03 CA |
| SOCIAL SECURITY | 5.00 | 25,019.28 CA SDI |
| MEDICARE | 5.00 | 25,019.28 |

0.00  0.00

W-2 WAGES
1,550.84
562.70
150.05

FED
SOC SEC
MEDICARE
CA SDI
41.009

RECORDS AND DEDUCTIONS FILE PERIOD

| | CURRENT | YTD |
|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 5.00 | 25,014.03 |
| | 5.00 | 25,014.03 |

TIME AND TAXABLE INFORMATION

UNPAID TIME OFF
TAXABLE NON-CASH AWARD

MISCELLANEOUS PAYROLL INFORMATION

| | | |
|---|---|---|
| TAXABLE NON-CASH AWARD | | 80.00 |
| IRS VAL EXCESS BASIC LIFE | | 5.00 |
| | | 5.25 |

← Non-Negotiable Check Stub - Detach and Retain for Your Records →
← DETACH CHECK ALONG THIS PERFORATION →

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

NON-NEGOTIABLE

PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS

NON-NEGOTIABLE

PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS

# EXHIBIT C

04/04/2008  12:07    5103248919                              FEDEX KINKOS 0739                              PAGE   14

BankofAmericaRCH00a   4/3/2008 1:23:15 PM    PAGE   3/003   ID=6882045656

TO:Purnima Kaila    COMPANY:

Amount:          $2,812.75              Sequence Number:   0260939521
Account:         3299046021            Capture Date:      12/10/2007
Bank Number:     06111278             Check Number:      2017865923





# EXHIBIT D

04/04/2008 12:07    5103248919    FEDEX KINKOS 0739    PAGE 15

 **at&t**

AT&T Inc.
and Participating Companies

Human Resources-Benefits
P.O. Box 460582
St. Louis, MO 63146

Forwarding Service Requested

**Important Benefits Information**

NIN: 78-9225

First Class Presort Mail
**U.S. Postage Paid**
St. Louis, MO
Permit No. 1082



78-9225-5299

PTG-CA-10
JOYCE JONES
Pacific Bell Telephone Company
1 RIVER OAKS PL
2400
5402
SAN JOSE, CA 95134

04/07/2008  08:56    5103248919            FEDEX KINKOS 0739                    PAGE   03

4.SQ-B-7B ENV# SO02160420001000919

JOYCE RAY JONES
31205 KIMBERLY CT.
UNION CITY, CA 94587-0000

**Fidelity Service Center**
1-800-416-2363
**International Access**
Dial AT&T Direct* access number, then
800-416-2363
**TDD Service for the Hearing Impaired**
1-888-343-0860
**Fidelity NetBenefits***
http://netbenefits.fidelity.com

January 26, 2008

RE:    Accrued Benefit Statement
       Confirmation Number:  080260729MMRO
       Plan Name:  AT&T Pension Benefit Plan – West Program, the "Program"

Dear JOYCE RAY JONES:

Enclosed is a statement of your Accrued Benefit from the Program. This statement is based on certain detailed
assumptions and information we have in our records. Every effort has been made to ensure its accuracy. Future
circumstances may impact the benefit you receive.

**Initiating Your Benefits**
The dates on which you may begin receiving payments are described in the **Benefit Data** section of this statement.
Benefits must begin no later than your Normal Retirement Date. To initiate your benefit payments, please call the Fidelity
Service Center at least 45 days, but no more than 180 days before the date you would like payments to begin. You must
contact the Fidelity Service Center to initiate your benefit. You will not receive any further notice to do so. After your call,
you will be sent a Pension Election Confirmation as well as a checklist that you will need to complete in order to begin
receiving payment.

If you do not call to commence your benefit by your Normal Retirement Date, you may commence your benefit later and
payments will be made retroactive to your Normal Retirement Date. However, no interest will be paid on those retroactive
payments.

**Changing Your Personal Information**
Contact the Fidelity Service Center any time your personal information changes. This will ensure you get all future
correspondence from us in a timely manner.

**Additional Information**
This statement contains important information, so please review it carefully. Your summary plan description can provide
further details about your benefit Program, including descriptions of payment methods, eligibility dates, and other Program
provisions. If you have any questions, please call the Fidelity Service Center at 1-800-416-2363, Monday through
Friday (excluding New York Stock Exchange holidays), between 8:30 a.m. and Midnight, Eastern Time, to speak with a
service associate. From outside the U.S., dial your country's toll-free AT&T Direct access number then enter
800-416-2363. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world,
access numbers are available online at www.att.com/traveler or from your local operator. You may also visit NetBenefits at
http://netbenefits.fidelity.com to access benefit information online.

Social Security benefits may supplement your retirement income. For more information about Social Security benefits,
contact the Social Security Administration online at www.ssa.gov or at 1-800-772-1213.
If applicable, you will also receive information about your other pension benefits and savings and stock ownership plans.

### Please Keep This Statement with Your Records for Future Reference

## BENEFIT DATA as of January 26, 2008

| | | | |
|---|---|---|---|
| Date of Birth: | 10/28/1962 | Vesting Percent: | 100% |
| Hire Date: | 08/14/2000 | Net Credited Service Date: | 08/14/2000 |
| Last Date of Employment: | 12/04/2007 | Current Pension Band: | 113 |
| Earliest Commencement Date: | 12/05/2007 | Age: | 45.1667 Yrs. |
| Normal Retirement Date: | 10/28/2027 | PCS: | 7.3333 Yrs. |

## ACCRUED BENEFIT as of January 26, 2008

This section reflects the amount of your Accrued Benefit payable in the Program's Normal Form of Benefit on your Normal Retirement Date of October 28, 2027. You may be eligible to commence benefits earlier than your Normal Retirement Date, as defined under the Program's provisions.

*Your estimated monthly benefit from the Program payable on October 28, 2027 as a Single Life Annuity (the Program's Normal Form of Benefit for a non-married participant) is:*

Vested Pension benefit:    **$378.39**

*Note: Other payment options may be available. Please contact the Fidelity Service Center for further information.*

If you are married, the Vested Pension benefit Automated Form of Benefit for the Program will be the 50% Joint and Survivor Annuity. If you are not married, the Vested Pension benefit Automatic Form of Benefit will be the Single Life Annuity.

If you are married, the Program offers a qualified Joint & Survivor Annuity (QJSA), which is a payment option that provides a benefit to you and your spouse. The Vested Pension benefit QJSA for the Program is the 50% Joint and Survivor Annuity with your spouse as beneficiary.

If you are married when you begin to receive payments and elect a payment option other than a QJSA with your spouse as the beneficiary or if you elect a beneficiary other than your spouse, federal law requires that you provide notarized spousal consent and have it witnessed by a Notary Public. Federal law requires that you provide notarized spousal consent within 180 days of the date your benefit begins.  Spousal consent is required because your spouse must waive his/her right to the payments he/she could receive under the QJSA option. You also have the right to rescind your payment option election and elect the QJSA payment option at any time up until your Benefit Commencement Date.

## ABOUT YOUR STATEMENT

This statement is based on the information listed in the **Benefit Data** section of this statement. If there is an error in the **Benefit Data** section, the calculation of your benefit amount may be affected. If you see any problem with the information listed, please call the Fidelity Service Center toll-free at 1-800-416-2363 *immediately*.

This statement is not intended to create, nor will it be construed to form, a contract or promise for either employment or a benefit. Participation in the Program is subject to all applicable terms and conditions of the Program. Full details about the Program are provided in the official Plan Document, which governs the operation of the Program. Any differences between this statement and the Plan Document are not intended, but if any differences are found to exist, the Plan Document will govern. AT&T, "the Company," reserves the right to make all revisions and interpretations with respect to the Program described here. The decisions of the Company shall be final and binding upon all participants.

The Company reserves the right, without your consent or concurrence, to amend, modify, suspend, replace, or terminate the Program, in whole or in part, including any form of coverage thereunder, by appropriate Company action. If the Program is amended, modified, suspended, replaced or terminated, you or other employees (or former employees), either while you are actively employed or after you retire, may not receive benefits as described here. Your vested rights will be limited to those specifically provided for in the Program at the time of your commencement.

## ABOUT YOUR STATEMENT

# EXHIBIT E

# Customer Service Self-Assessment Evaluation

#38

**Description**   The following questions were designed to provide Customer Service Representatives with a customer service skill set self-assessment evaluation.

**Directions**    Thinking about "Would you do business with you?" ask yourself the following questions, and score yourself "Always", "Usually" or "Never." Since your scores should be "Always," use this Self-Evaluation as a guide to improve focus areas.

| Action | Always | Usually | Seldom |
|---|---|---|---|
| "Do I ensure that the customer hangs up feeling valued by AT&T?" | / | | |
| "Do I apologize to the customer, even if I am not personally responsible for the problem that concerns them?" | / | | |
| "Do I take responsibility to solve customer problems to their satisfaction?" | / | | |
| "Do I assure customers that I will help them on every call?" | / | | |
| "Do I encourage two-way communication with my customers by using both open and closed ended questions?" | / | | |
| "Do I make sure my customers completely understand the actions I am taking on their account, when applicable?" | / | | |

*Continued on next page*

Covered 3/13/07


# Job Aid 1: Service Communication Effectiveness Standards

**Courtesy/Listening/Tone**

| Expectation | Behavior |
|---|---|
| Answer on Zip Tone | Begin talking to the customer as soon as you hear the zip tone.<br>If nobody is on the line, provide 1 challenge within 30 seconds and then announce that the call is being disconnected. |
| Identify Self (Identify self and begin building rapport with customer) | **Model Contact: Greeting**<br>Example: "Thank you for calling AT&T. My name is ____. May I have the area code and number you're calling about." |
| Brand AT&T at opening and close of call | "Thank you for choosing/calling AT&T<br>"AT&T really appreciates your business." |
| Assurance of Help | **Model Contact: Assurance of Help**<br>Example: "Mr./Mrs. Customer, I'd be happy to help you with that." |
| Listen | Don't ask the customers to repeat themselves.<br>Don't interrupt/over-talk. Give them your undivided attention. |
| Provide Good Tone | Tone of voice conveys a desire to assist with the customer's stated need. |
| Authenticate Caller | Verify that you are speaking with an authorized party.<br>Note appropriate systems RCS, BOSS etc. that authorization was given via one of the following methods:<br>• Password (do not use any other method if has password)<br>• Customer Code<br>• Last 4 digits of Social Security Number<br>• Drivers License number<br>• Last bill amount<br>• Amount of last payment |

*Continued on next page*

# Job Aid 1: Service Communication Effectiveness Standard Details, Continued

**Efficiency: Timeliness and Accuracy**

| Expectation | Behavior |
|---|---|
| Follow Customer Hold Procedures/Contact Efficiency Guidelines | Place customer on hold only when necessary. Explain why it is necessary to put the customer on hold. Gain customer's permission/agreement to be placed on hold. Return to the line approximately every 60 seconds to provide status and gain agreement to continue to wait. Apologize for extended waiting periods. Get customer's attention when returning to the line and communicate appreciation to the customer for waiting. |
| Follow Transfer Process | Gain customer's permission/agreement to be transferred. Provide the name of the department customer is being transferred to. Cold transfers all calls unless extenuating circumstances such as: irate customer, customer indicates multiple transfers, etc or per M&P guidelines. |
| Take Responsibility | Use "I" and "we" statements vs. "they." Don't blame other companies, departments, people, or policies. |
| Apologize if Necessary | "I apologize for any confusion we may have caused you." "You are absolutely right and I apologize for our error. I will get this fixed for you right now." |
| Exercise Authority/ Flexibility to resolve Problems to Customer's Satisfaction | "Let me assure you that I will get this taken care of for you." "Let me see if I can expedite your request for you." "I understand that you're upset and if you will let me, I will do my very best to get this taken care of for you." Follow Escalation Process |

*Continued on next page*

 *Proprietary Information: Not for use or disclosure outside SBC/Pacific Bell companies without written agreement. 11/29/01.*

# EXHIBIT F

 at&t

#39

January, 8, 2007

San Jose Team,

I wanted to take a moment to express my thanks to all of you for helping to make 2006 a successful year for our center. With your hard work and dedication, we accomplished much. Most notably, we led the state in most of our metrics and did an outstanding job in representing the organization by managing our affiliate collection strategies and work efforts. In these areas, with your contribution, we definitely;

### *"Stood Out For All The Right Reasons"*

2007 will definitely be a challenging year with the finalization of the Bell South merger, maintaining our high level of productivity and continuing to lead the state in our results. It is my hope that San Jose can continue to work as a team in maintaining its focus to do everything possible to improve attendance results in 2007.

Lastly, I wanted to let you know that affective January 10, 2007 I will be retiring from ATT. It's been a pleasure working with all of you over the years and I look forward to hearing about your continued successes.

Best wishes to you and your family for a healthy and happy New Year.

Sincerely,

**Gabe Reyes**
Associate Director
Credit & Collections

# EXHIBIT G



at&t

# Customer Commendation

On _March 20_ , 2007

Received a customer commendation for assisting:

_Mr Lynch_

Collection Representative: _Dave Jones_

Customer Comments: _Was very helpful and clear in her verbiage with handling his account. It appreciated her customer service_

_Paula Closure_
RD/MGR

Coach Leader 235598

#70

at&t 

# Customer Commendation

On MARCH 23 , 2007

Collection Representative: JOYCE JONES

Received a customer commendation for assisting:

MICHAEL FULS

Customer Comments: were that Joyce was

very Efficient and Professional.

Wayne Wright
RD/MGR

Coach Leader 235657

#71

# EXHIBIT H

## JONES, JOYCE R (ATTPB)

**From:** NEWS NOW
**Sent:** Monday, March 26, 2007 12:02 AM
**Subject:** Action Required: A Message From Tony Bixler And Tim Harden

 **News Now: Essential Info**



### We need your help: employee attendance survey

Dear Fellow West Region Employees,

In an effort to better understand some of the issues affecting attendance in the AT&T West region, CWA and AT&T West leadership are teaming up to ask for your help. The attached survey asks for your thoughts about our work environment — what we are doing right and what we need to do better.

Our goal is to motivate all our employees to come to work and help them understand the impact of good attendance on our company and the West region specifically. From this survey we hope to identify what we, as a team, can do to improve the work environment and make AT&T an even better place to be each day.

Thank you for your contribution to this important effort. We'll keep you updated throughout 2007 on progress toward our goal.

Thank you.

Tony Bixler
CWA District 9 Vice President

Tim Harden
AT&T West President & CEO

Please click here before April 13 to participate in this important employee survey. All responses are anonymous and confidential. Managers, please provide access to the survey to employees who don't have email.