WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
The Central Tower
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530

Attorney for Plaintiff
JOYCE JONES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOYCE JONES, an individual;

Plaintiff,

vs.

AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER; CINDY TSUE, and GABRIEL REYES.

Defendants.

Case No. C 07-3888 JF (PVT)

**PLAINTIFF JOYCE JONES' DECLARATION IN SUPPORT OF PLAINTIFF'S SECONDED AMENDED COMPLAINT**

I, Joyce Jones state as follows:

1. I am the Plaintiff in the above captioned matter. I submit this Declaration in support of Plaintiff's Second Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of a letter I received from AT&T regarding the cancellation of my health benefits when I was terminated.

3. Attached hereto as Exhibit B is a true and correct copy of my Statements of Earnings and Tax Allotments dated October 5, 2007, which lists AT&T as my employer.

4. Attached hereto as Exhibit C is a true and correct copy of a check dated December 4, 2007, I received from AT&T for services rendered.

5. Attached hereto as Exhibit D is a true and correct copy of a letter I received from AT&T regarding my AT&T pension benefit plan.

6. Attached hereto as Exhibit E is a true and correct copy of a Customer Service Self-Assessment Evaluation AT&T management made me use to evaluate my day-to-day activities as a Collection Representative for AT&T.

7. Attached hereto as Exhibit F is a true and correct copy of a January 8, 2007, memo I received as a member of the AT&T San Jose Collection Team for work performed as a AT&T Collection Representative.

8. Attached hereto as Exhibit G is a true and correct copy of a pamphlet regarding AT&T Recognition Lunch I was invited to as a Collection Representative for AT&T.

9. Attached hereto as Exhibit H are true and correct copies of a Customer Commendation Awards I received while working as a Collection Representative for AT&T.

10. Attached hereto as Exhibit I is a true and correct copy of an AT&T Action Request I received while working as Collection Representative for AT&T.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of May, 2008 at San Francisco, CA.

By ______________
JOYCE JONES
DECLARANT

# EXHIBIT A

 at&t

# EE Loss of Coverage COC

Statement Date 01-12-2008

A002308
JOYCE R. JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

As a result of your termination, your benefit coverage was canceled as detailed below.

## Coverage That Ends

Your coverage under the following benefit plans will end on the dates listed below:

| | Coverage End Date |
|---|---|
| • **Medical**<br>Option 1140 -- Health Care Network<br>Coverage Category C2 -- Class II Dependent<br>Pretax | 12-31-2007 |
| • **Working Spouse**<br>Option 0 -- Contribution Does Not Apply | 12-31-2007 |
| • **Dental**<br>Option 2 -- DEP-PPO<br>Coverage Category 2 -- Individual + 1<br>Pretax | 12-31-2007 |
| • **Vision**<br>Option 4 -- Coverage<br>Coverage Category 2 -- Individual + 1<br>Pretax | 12-31-2007 |
| • **Basic Life Insurance**<br>Option 1 -- Employer-Paid Coverage - $55,000.00 | 12-31-2007 |
| • **Supplemental Life Insurance**<br>Option 0 -- No Coverage - $0.00<br>Smoker -- Yes | 12-31-2007 |

delivered by **Hewitt**

449310085 03349-A002308



# EXHIBIT B

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

**Statement of Earnings, Taxes and Allotments**
PERS NO. 00151729

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

| W-4 MS EXP | ADDL | CHECK DATE 12/05/2007 |
|---|---|---|
| FED EXEMPT | | PAY PERIOD |
| CA EXEMPT | | FS EIN - 94-0745535 |

| CURRENT RATE 24.6750 | | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 1,184.40 | 28,347.79 |
| WAGES NOT SUBJECT TO INCOME TAX. | | | |
| INCOME TAX WITHHELD | | | |
| SOC SEC | 06.20% | 73.48 | 1,771.54 |
| MEDICARE | 01.45% | 17.18 | 414.31 |
| CA SDI | | 7.18 | 171.40 |
| AFTER-TAX DEDUCTIONS | | 0.17 | |
| NET DIRECT DEPOSIT | | 1,086.67 | |

REFUNDS AND DEDUCTIONS THIS PERIOD
DEPENDENT LIFE-AFTX -0.17

MISCELLANEOUS PAYMENT INFORMATION
REGULAR HOURS PAID 48.00
DIS UNCERTIFIED 32.00

Disability
866-276-2278

| ADJ WAGES | CURRENT | YTD | | W-2 WAGES | CURRENT | YTD |
|---|---|---|---|---|---|---|
| FED | 1,184.40 | 28,567.23 | CA | | 1,184.40 | 28,567.23 |
| SOCIAL SECURITY | 1,185.15 | 28,573.23 | CA SDI | | 1,184.40 | 28,567.23 |
| MEDICARE | 1,185.15 | 28,573.23 | | | | |

OTHER YEAR-TO-DATE INFORMATION
IRS VAL EXCESS BASIC LIFE 6.00

Non-Negotiable Check Stub - Detach and Retain for Your Records
← DETACH CHECK ALONG THIS PERFORATION →

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**NON-NEGOTIABLE**
**PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS**

Security Features Details on Back

04/04/2008 12:07 5103248919 FEDEX KINKOS 0739 PAGE 01

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

Statement of Earnings, Taxes and Allotments
PERS NO. 00151729

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

CURRENT RATE 24.6750

| | | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 816.00 | 29,539.02 |
| WAGES NOT SUBJECT TO INCOME TAX | | | |
| INCOME TAX WITHHELD | | | |
| SOC SEC | 06.20% | 50.60 | 1,845.45 |
| MEDICARE | 01.45% | 11.84 | 431.60 |
| CA SDI | | 4.90 | 178.56 |
| AFTER-TAX DEDUCTIONS | | 55.53 | |
| NET DIRECT DEPOSIT | | 695.13 | |

REFUNDS AND DEDUCTIONS THIS PERIOD

| | |
|---|---|
| UNION DUES CWA DIST 9 | -55.53 |

MISCELLANEOUS PAYMENT INFORMATION

| | |
|---|---|
| DIS/TOTAL PAID AT 100% | 00.00 |
| SDI DIS OFFSET | -1,150.00 |

W-2 WAGES CURRENT YTD W-2 WAGES CURRENT YTD OTHER YEAR-TO-DATE INFORMATION

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

**Statement of Earnings, Taxes and Allotments**
PERS NO. 00151729

W-4 MS EXT ADDL CHECK DATE 08/24/2007
PAY PERIOD FROM 08/05/2007 TO 08/18/2007
FT EIN = 94-6740839

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

CURRENT RATE 24.6750

| | | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 0.00 | 24,794.89 |
| WAGES NOT SUBJECT TO INCOME TAX | | | |
| INCOME TAX WITHHELD | | | |
| SOC SEC | 06.20% | | 1,550.84 |
| MEDICARE | 01.45% | | 342.70 |
| CA SDI | | | 150.05 |
| | | 0.00 | |

2007 LIMITS
SOC SEC
TX 6,045.00
WGS 97,500
CA SDI
TX 598.35
WGS 85,369

REFUNDS AND DEDUCTIONS THIS PERIOD

MISCELLANEOUS PAYMENT INFORMATION

UNPAID TIME OFF 80.00

| W-2 WAGES | CURRENT | YTD | W-2 WAGES | CURRENT | YTD | OTHER YEAR-TO-DATE INFORMATION |
|---|---|---|---|---|---|---|

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

**Statement of Earnings, Taxes and Allotments**
PERS NO. 00151729

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

| W-4 MS EXP ADDL | | CHECK DATE 11/02/2007 |
|---|---|---|
| FED | EXEMPT | PAY PERIOD FROM 10/14/2007 TO 10/27/2007 |
| CA | EXEMPT | F9 EIN - 94-0745535 |

| CURRENT RATE 24.4750 | | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 816.00 | 30,355.82 |
| WAGES NOT SUBJECT TO INCOME TAX | | | |
| INCOME TAX WITHHELD | | | |
| SOC SEC | 06.20% | - 50.63 | 1,896.00 |
| MEDICARE | 01.45% | - 11.84 | 443.44 |
| CA SDI | | - 4.89 | 183.45 |
| AFTER-TAX DEDUCTIONS | | - 0.17 | 2007 LIMITS SOC SEC TX [illegible] WGS 97,500 CA SDI TX 500.33 WGS 83,389 |
| NET DIRECT DEPOSIT | | 748.47 | |

| REFUNDS AND DEDUCTIONS THIS PERIOD | |
|---|---|
| DEPENDENT LIFE-AFTX | -0.17 |

| MISCELLANEOUS PAYMENT INFORMATION | |
|---|---|
| DIS/TOTAL PAID AT 100% | 80.00 |
| SDI DIS OFFSET | -1,158.00 |

| W-2 WAGES | CURRENT | YTD |
|---|---|---|
| FED | 816.00 | 30,575.26 |
| SOCIAL SECURITY | 816.75 | 30,582.01 |
| MEDICARE | 816.75 | 30,582.01 |

| W-2 WAGES | CURRENT | YTD |
|---|---|---|
| CA | 816.00 | 30,575.26 |
| CA SDI | 816.00 | 30,575.26 |

| OTHER YEAR-TO-DATE INFORMATION | |
|---|---|
| IRS VAL EXCESS BASIC LIFE | 6.75 |

Non-Negotiable Check Stub - Detach and Retain for Your Records
← DETACH CHECK ALONG THIS PERFORATION →

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**NON-NEGOTIABLE**

**PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS**

Security Features Details on Back

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

**Statement of Earnings, Taxes and Allotments**

PERS NO. 00151729

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

| W-4 MS EXT | ADDL | CHECK DATE 09/07/2007 |
|---|---|---|
| | | PAY PERIOD FROM 08/19/2007 TO 09/01/2007 |
| | | FS FIN A 99-0740585 |

CURRENT RATE 24.6750

| | | THIS PERIOD | YTD |
|---|---|---|---|
| TOTAL COMPENSATION | | 0.00 | 24,794.59 |
| WAGES NOT SUBJECT TO INCOME TAX | | | |
| INCOME TAX WITHHELD | | | |
| SOC SEC | 06.20% | | 1,550.84 |
| MEDICARE | 01.45% | | 342.70 |
| CA SDI | | | 150.05 |
| | | 0.00 | |

2007 LIMITS
SOC SEC
TX 6,445.00
WGS 97,500
CA SDI
TX 500.85
WGS 83,389

| W-2 WAGES | CURRENT | YTD |
|---|---|---|

REFUNDS AND DEDUCTIONS THIS PERIOD

| W-2 WAGES | CURRENT | YTD |
|---|---|---|

MISCELLANEOUS PAYMENT INFORMATION

UNPAID TIME OFF 80.00

OTHER YEAR-TO-DATE INFORMATION

04/04/2008 12:07 5103248919 FEDEX KINKOS 0739 PAGE 13

UNION CITY CA 94587

at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE AT&T CENTER, 28TH FLR.
ST. LOUIS, MO 63101

| CURRENT RATE 24.6750 | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 0.00 | 24,794.59 |
| WAGES NOT SUBJECT TO INCOME TAX | | |
| INCOME TAX WITHHELD | | |
| SOC SEC 06.20% | | 1,550.84 |
| MEDICARE 01.45% | | 362.70 |
| CA SDI | | 150.05 |
| | 0.00 | |

2007 LIMITS
SOC SEC
TX 6,045.00
WGS 97,500
CA SDI
TX 500.33
WGS 83,389

| W-4 PS EXP | ADDL |
|---|---|
| FED EXEMPT | |
| CA EXEMPT | |

CHECK DATE 09/21/2007
PAY PERIOD FROM 09/02/2007 TO 09/15/2007
T9 FIN - 94-0745535

REFUNDS AND DEDUCTIONS THIS PERIOD

| MISCELLANEOUS PAYMENT INFORMATION | |
|---|---|
| UNPAID TIME OFF | 80.00 |
| TAXABLE NON-CASH AWARD | 5.00 |

| W-2 WAGES | CURRENT | YTD |
|---|---|---|
| FED | 5.00 | 25,014.03 |
| SOCIAL SECURITY | 5.00 | 25,019.28 |
| MEDICARE | 5.00 | 25,019.28 |

| W-2 WAGES | CURRENT | YTD |
|---|---|---|
| CA | 5.00 | 25,014.03 |
| CA SDI | 5.00 | 25,014.03 |

| OTHER YEAR-TO-DATE INFORMATION | |
|---|---|
| IRS VAL EXCESS BASIC LIFE | 5.25 |

Non-Negotiable Check Stub - Detach and Retain for Your Records

← DETACH CHECK ALONG THIS PERFORATION →

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**NON-NEGOTIABLE**

**PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS**

Security Features Details on Back



# EXHIBIT C

04/04/2008 12:07 5103248919 FEDEX KINKOS 0739 PAGE 14

BankofAmericaRCH00a 4/3/2008 1:23:15 PM PAGE 3/003 ID=6882045856

TO:Purnima Kaila COMPANY:

Amount: $2,812.75
Account: 3299046021
Bank Number: 06111278

Sequence Number: 0260939521
Capture Date: 12/10/2007
Check Number: 2017865923

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK
at&t
Date
12/04/2007
Check Number
2017865923
Pay this amount
$*********2,812.75*
PAY
TWO THOUSAND EIGHT HUNDRED TWELVE and 75/100*****
To the order of
Valid 180 days from check date
JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

⑈2017865923⑈ ⑆061112788⑆ 329 904 6021⑈ ⑈0000281275⑈

BANK OF AMERICA,NA SFC
12/10/07
DO NOT WRITE, STAMP OR ENDORSE BELOW THIS LINE
ENDORSE HERE
FEDERAL RESERVE BANK REGULATION CC





# EXHIBIT D



FEDEX KINKOS 0739

PAGE 15

at&t

AT&T Inc.
and Participating Companies

Human Resources-Benefits
P.O. Box 460582
St. Louis, MO 63146

Forwarding Service Requested

Important Benefits Information

NIN: 78-9225

First Class Presort Mail
U.S. Postage Paid
St. Louis, MO
Permit No. 1082

78-9225-5299

PTG-CA-10
JOYCE JONES
Pacific Bell Telephone Company
1 RIVER OAKS PL
2400
5402
SAN JOSE, CA 95134



4.SQ-8-78 ENV# SQ02180420001000919

JOYCE RAY JONES
31205 KIMBERLY CT.
UNION CITY, CA 94587-0000

**Fidelity Service Center**
1-800-416-2363
**International Access**
Dial AT&T Direct* access number, then
800-416-2363
**TDD Service for the Hearing Impaired**
1-888-343-0860
**Fidelity NetBenefits***
http://netbenefits.fidelity.com

January 26, 2008

RE: Accrued Benefit Statement
Confirmation Number: 080260729MMRO
Plan Name: AT&T Pension Benefit Plan – West Program, the "Program"

Dear JOYCE RAY JONES:

Enclosed is a statement of your Accrued Benefit from the Program. This statement is based on certain detailed assumptions and information we have in our records. Every effort has been made to ensure its accuracy. Future circumstances may impact the benefit you receive.

**Initiating Your Benefits**
The dates on which you may begin receiving payments are described in the **Benefit Data** section of this statement. Benefits must begin no later than your Normal Retirement Date. To initiate your benefit payments, please call the Fidelity Service Center at least 45 days, but no more than 180 days before the date you would like payments to begin. You must contact the Fidelity Service Center to initiate your benefit. You will not receive any further notice to do so. After your call, you will be sent a Pension Election Confirmation as well as a checklist that you will need to complete in order to begin receiving payment.

If you do not call to commence your benefit by your Normal Retirement Date, you may commence your benefit later and payments will be made retroactive to your Normal Retirement Date. However, no interest will be paid on those retroactive payments.

**Changing Your Personal Information**
Contact the Fidelity Service Center any time your personal information changes. This will ensure you get all future correspondence from us in a timely manner.

**Additional Information**
This statement contains important information, so please review it carefully. Your summary plan description can provide further details about your benefit Program, including descriptions of payment methods, eligibility dates, and other Program provisions. If you have any questions, please call the Fidelity Service Center toll-free at 1-800-416-2363, Monday through Friday (excluding New York Stock Exchange holidays), between 8:30 a.m. and Midnight, Eastern Time, to speak with a service associate. From outside the U.S., dial your country's toll-free AT&T Direct access number then enter 800-416-2363. In the U.S., call 1-800-331-1140 to obtain AT&T Direct access numbers. From anywhere in the world, access numbers are available online at www.att.com/traveler or from your local operator. You may also visit NetBenefits at http://netbenefits.fidelity.com to access benefit information online.

Social Security benefits may supplement your retirement income. For more information about Social Security benefits, contact the Social Security Administration online at www.ssa.gov or at 1-800-772-1213.
If applicable, you will also receive information about your other pension benefits and savings and stock ownership plans.

**Please Keep This Statement with Your Records for Future Reference**

## BENEFIT DATA as of January 26, 2008

| | | | |
|---|---|---|---|
| Date of Birth: | 10/28/1962 | Vesting Percent: | 100% |
| Hire Date: | 08/14/2000 | Net Credited Service Date: | 08/14/2000 |
| Last Date of Employment: | 12/04/2007 | Current Pension Band: | 113 |
| Earliest Commencement Date: | 12/05/2007 | Age: | 45.1667 Yrs. |
| Normal Retirement Date: | 10/28/2027 | PCS: | 7.3333 Yrs. |

## ACCRUED BENEFIT as of January 26, 2008

This section reflects the amount of your Accrued Benefit payable in the Program's Normal Form of Benefit on your Normal Retirement Date of October 28, 2027. You may be eligible to commence benefits earlier than your Normal Retirement Date, as defined under the Program's provisions.

***Your estimated monthly benefit from the Program payable on October 28, 2027 as a Single Life Annuity (the Program's Normal Form of Benefit for a non-married participant) is:***

Vested Pension benefit: **$378.39**

***Note: Other payment options may be available. Please contact the Fidelity Service Center for further information.***

If you are married, the Vested Pension benefit Automated Form of Benefit for the Program will be the 50% Joint and Survivor Annuity. If you are not married, the Vested Pension benefit Automatic Form of Benefit will be the Single Life Annuity.

If you are married, the Program offers a qualified Joint & Survivor Annuity (QJSA), which is a payment option that provides a benefit to you and your spouse. The Vested Pension benefit QJSA for the Program is the 50% Joint and Survivor Annuity with your spouse as beneficiary.

If you are married when you begin to receive payments and elect a payment option other than a QJSA with your spouse as the beneficiary or if you elect a beneficiary other than your spouse, federal law requires that you provide notarized spousal consent and have it witnessed by a Notary Public. Federal law requires that you provide notarized spousal consent within 180 days of the date your benefit begins. Spousal consent is required because your spouse must waive his/her right to the payments he/she could receive under the QJSA option. You also have the right to rescind your payment option election and elect the QJSA payment option at any time up until your Benefit Commencement Date.

## ABOUT YOUR STATEMENT

This statement is based on the information listed in the **Benefit Data** section of this statement. If there is an error in the **Benefit Data** section, the calculation of your benefit amount may be affected. If you see any problem with the information listed, please call the Fidelity Service Center toll-free at 1-800-416-2363 *immediately*.

This statement is not intended to create, nor will it be construed to form, a contract or promise for either employment or a benefit. Participation in the Program is subject to all applicable terms and conditions of the Program. Full details about the Program are provided in the official Plan Document, which governs the operation of the Program. Any differences between this statement and the Plan Document are not intended, but if any differences are found to exist, the Plan Document will govern. AT&T, "the Company," reserves the right to make all revisions and interpretations with respect to the Program described here. The decisions of the Company shall be final and binding upon all participants.

The Company reserves the right, without your consent or concurrence, to amend, modify, suspend, replace, or terminate the Program, in whole or in part, including any form of coverage thereunder, by appropriate Company action. If the Program is amended, modified, suspended, replaced or terminated, you or other employees (or former employees), either while you are actively employed or after you retire, may not receive benefits as described here. Your vested rights will be limited to those specifically provided for in the Program at the time of your commencement.

04/07/2008 08:56 5103248919 FEDEX KINKOS 0739 PAGE 05

## ABOUT YOUR STATEMENT

# EXHIBIT E



# Customer Service Self-Assessment Evaluation

#38

**Description** The following questions were designed to provide Customer Service Representatives with a customer service skill set self-assessment evaluation.

**Directions** Thinking about "Would you do business with you?" ask yourself the following questions, and score yourself "Always", "Usually" or "Never." Since your scores should be "Always," use this Self-Evaluation as a guide to improve focus areas.

| Action | Always | Usually | Seldom |
|---|---|---|---|
| "Do I ensure that the customer hangs up feeling valued by AT&T?" | / | | |
| "Do I apologize to the customer, even if I am not personally responsible for the problem that concerns them?" | / | | |
| "Do I take responsibility to solve customer problems to their satisfaction?" | / | | |
| "Do I assure customers that I will help them on every call?" | / | | |
| "Do I encourage two-way communication with my customers by using both open and closed ended questions?" | / | | |
| "Do I make sure my customers completely understand the actions I am taking on their account, when applicable?" | / | | |

oops Sorry.

TESTED ON 3/13/07

*Continued on next page*

Covered 3/13/07



# Job Aid 1: Service Communication Effectiveness Standards

**Courtesy/Listening/Tone**

| Expectation | Behavior |
|---|---|
| Answer on Zip Tone | Begin talking to the customer as soon as you hear the zip tone.<br>If nobody is on the line, provide 1 challenge within 30 seconds and then announce that the call is being disconnected. |
| Identify Self (Identify self and begin building rapport with customer) | **Model Contact: Greeting**<br>Example: "Thank you for calling AT&T. My name is _____. May I have the area code and number you're calling about." |
| Brand AT&T at opening and close of call | "Thank you for choosing/calling AT&T<br>"AT&T really appreciates your business." |
| Assurance of Help | **Model Contact: Assurance of Help**<br>Example: "Mr./Mrs. Customer, I'd be happy to help you with that." |
| Listen | Don't ask the customers to repeat themselves. Don't interrupt/over-talk. Give them your undivided attention. |
| Provide Good Tone | Tone of voice conveys a desire to assist with the customer's stated need. |
| Authenticate Caller | Verify that you are speaking with an authorized party.<br>Note appropriate systems RCS, BOSS etc. that authorization was given via one of the following methods:<br>• Password (do not use any other method if has password)<br>• Customer Code<br>• Last 4 digits of Social Security Number<br>• Drivers License number<br>• Last bill amount<br>• Amount of last payment |

*Continued on next page*

## Job Aid 1: Service Communication Effectiveness Standard Details, Continued

**Efficiency: Timeliness and Accuracy**

| Expectation | Behavior |
|---|---|
| Follow Customer Hold Procedures/Contact Efficiency Guidelines | Place customer on hold only when necessary. Explain why it is necessary to put the customer on hold. Gain customer's permission/agreement to be placed on hold. Return to the line approximately every 60 seconds to provide status and gain agreement to continue to wait. Apologize for extended waiting periods. Get customer's attention when returning to the line and communicate appreciation to the customer for waiting. |
| Follow Transfer Process | Gain customer's permission/agreement to be transferred. Provide the name of the department customer is being transferred to. Cold transfers all calls unless extenuating circumstances such as: irate customer, customer indicates multiple transfers, etc or per M&P guidelines. |
| Take Responsibility | Use "I" and "we" statements vs. "they." Don't blame other companies, departments, people, or policies. |
| Apologize if Necessary | "I apologize for any confusion we may have caused you."<br>"You are absolutely right and I apologize for our error. I will get this fixed for you right now." |
| Exercise Authority/ Flexibility to resolve Problems to Customer's Satisfaction | "Let me assure you that I will get this taken care of for you."<br>"Let me see if I can expedite your request for you."<br>"I understand that you're upset and if you will let me, I will do my very best to get this taken care of for you."<br>Follow Escalation Process |

*Continued on next page*

# EXHIBIT F

 at&t

#39

January, 8, 2007

San Jose Team,

I wanted to take a moment to express my thanks to all of you for helping to make 2006 a successful year for our center. With your hard work and dedication, we accomplished much. Most notably, we led the state in most of our metrics and did an outstanding job in representing the organization by managing our affiliate collection strategies and work efforts. In these areas, with your contribution, we definitely;

***"Stood Out For All The Right Reasons"***

2007 will definitely be a challenging year with the finalization of the Bell South merger, maintaining our high level of productivity and continuing to lead the state in our results. It is my hope that San Jose can continue to work as a team in maintaining its focus to do everything possible to improve attendance results in 2007.

Lastly, I wanted to let you know that affective January 10, 2007 I will be retiring from ATT. It's been a pleasure working with all of you over the years and I look forward to hearing about your continued successes.

Best wishes to you and your family for a healthy and happy New Year.

Sincerely,

Gabe

**Gabe Reyes**
Associate Director
Credit & Collections

# EXHIBIT G



*The Culinary Institute of America at Greystone*

*Welcomes*

# *AT&T Recognition Lunch*

*Walter J. Conti Boardroom*

*Thursday, March 15, 2007*

☆☆☆

*First Course*

***Salad of Lettuces and Herbs***

*Baby Stuffed Artichokes*

*with Bellwether Farms Ricotta*

*Crispy Capers, Champagne Vinaigrette*

☆

*Entrée*

***Roast Strip Loin of Beef Roulade***

*Caramelized Onions, Parmesan and Black Pepper*

*Creamy Potato Gratin*

*Baby Carrots, Haricots Verts, Asparagus*

*Natural Jus*

☆

*Dessert*

***Warm Chocolate Lava Cake***

*Crème Fraîche Ice Cream*

*Blood Orange Caramel Sauce*

☆☆☆



# EXHIBIT H



#70

at&t

# Customer Commendation

On March 20, 2007

**Collection Representative:** Joyce Jones

**Received a customer commendation for assisting:**

Mr Lynch

**Customer Comments:** Was very helpful and clear in her verbiage with handling his account. He appreciated her customer service

Paula Vasquez
RD/MGR

Coach Leader 235598



at&t

# Customer Commendation

#71

On MARCH 23, 2007

Collection Representative: JOYCE JONES

Received a customer commendation for assisting: MICHAEL ELLIS

Customer Comments: were that Joyce was very efficient and professional.

Wayne D Wright
RD/MGR

Coach Leader 235597

# EXHIBIT I

**JONES, JOYCE R (ATTPB)**

**From:** NEWS NOW
**Sent:** Monday, March 26, 2007 12:02 AM
**Subject:** Action Required: A Message From Tony Bixler And Tim Harden

at&t
News Now: Essential Info

**We need your help: employee attendance survey**

Dear Fellow West Region Employees,

In an effort to better understand some of the issues affecting attendance in the AT&T West region, CWA and AT&T West leadership are teaming up to ask for your help. The attached survey asks for your thoughts about our work environment — what we are doing right and what we need to do better.

Our goal is to motivate all our employees to come to work and help them understand the impact of good attendance on our company and the West region specifically. From this survey we hope to identify what we, as a team, can do to improve the work environment and make AT&T an even better place to be each day.

Thank you for your contribution to this important effort. We'll keep you updated throughout 2007 on progress toward our goal.

Thank you.

Tony Bixler
CWA District 9 Vice President

Tim Harden
AT&T West President & CEO

Please click here before April 13 to participate in this important employee survey. All responses are anonymous and confidential. Managers, please provide access to the survey to employees who don't have email.