# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 9, 2008
**Case Number:** CV-07-3888-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:         JOYCE JONES  V.  AT & T, ET AL

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Spencer Smith | Attorneys Present: Dennis Hayashi |

PROCEEDINGS:

Case management conference held.  Parties are present.  Continued to 7/11/08 at 10:30 a.m for further case management conference.