1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 MARKET STREET, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530

4  Attorney for Plaintiff

5  JOYES JONES

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOYCE JONES, an individual,              )    Case No. C-07-03888 JF
                                            )
12              Plaintiff,                   )
                                            )    **DECLARATION OF WAUKEEN Q.**
13        vs.                                )    **McCOY IN SUPPORT OF PLAINTIFF'S**
                                            )    **OPPOSITION TO DEFENDANT AT&T'S**
14                                          )    **MOTION TO DISMISS**
                                            )
15                                          )
                                            )
16 AT&T, a corporation doing business in    )
   California; PACIFIC BELL TELEPHONE       )
17 COMPANY; STEPHANIE CHANDLER an           )
   individual; CINDY TSUE, an individual;   )
18 GABRIEL REYES, an individual and  DOES  )
   1-50, inclusive,                         )
19                                          )
                                            )
20              Defendants.                  )
                                            )
21 _____  )

22

23

24

25

26

27

28

I, Waukeen McCoy, do declare the following:

1.      I am an attorney duly licensed to practice law in the State of California and authorized to practice before this court. I am lead counsel for the Plaintiff in this case. The facts set forth in this declaration are based on my personal knowledge, except where such information is based on information and belief, and those things which I believe to be true. I could and would testify competently to these matters if called to do so.

2.      Attached as Exhibit A is a true and correct copy of an email to Joyce Jones and others from Stephanie Chandler.

3.      Attached as Exhibit B is a true and correct copy of an email from Joyce Jones to Stephanie Chandler.

4.      Attached as Exhibit C, D and E are true and correct copies of commendations from employer AT&T to Joyce Jones.

5.      Attached as Exhibit F is a true and correct copy of a letter from Gabe Reyes to AT&T's "San Jose Team."

6.      Attached as Exhibit G is a true and correct copy of a Performance Summary from AT&T to Joyce Jones.

7.      Attached as Exhibit H is a true and correct copy of an Employee Loss of Coverage letter from AT&T to Joyce Jones.

8.      Attached as Exhibits I and J are true and correct copies of paycheck stubs from AT&T to Joyce Jones.

///

///

///

1    I declare the foregoing to be true under penalty of perjury and in accordance with the laws

2   of the United States of America.

3

4

5   DATED: 7/07/08                                                    /s/

6                                                          Waukeen McCoy
                                                         Attorney For Plaintiff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

JONES, JOYCE R (ATTPB)

#33

**From:**
**Sent:**
**To:**

CHANDLER, STEPHANIE A (PB)
Monday, March 05, 2007 12:02 PM
RODRIGUEZ, ADELITA (PB); VALVERDE, ALICIA (PB); BERNAL, ALISHA A (PB); REYES, ANABEL (PB); GONZALEZ, ANDREA (PB); ROSS, ANNA E (PB); AUSTIN, AUDREY (PB); SADSAD, BEVERLY M (PB); BARAJAS, BLANCA M (PB); HERNANDEZ, CHRISTINA M (PB); PAYNE, CHRISTOPHER J (PB); WICKER, D. MAURICE (PB); NEZ, DAWN E (PB); PEREZ, DEBORAH M (PB); NUCUM-SNELL, ELISA J (PB); KRYGIER, ERICA P (PB); BARRIENTOS, FERNANDO D (PB); CURRY, FRANCES (PB); WADE-KING, GEORGIA A (PB); DECKMAN, JANICE M (PB); ELLIOTT, JASMINE M (PB); HERNANDEZ JR., JESUS (PB); PRICE, JONATHAN B (PB); LOCQUIAO, JOSEPHINE D (PB); JONES, JOYCE R (PB); JOYCE R LEVON; AFRICA, JOYCELYN S (PB); MIRAMONTES, KIRSTY S (PB); CHAMPION, LADONNA A (PB); WALKER-THORPE, LENA M (PB); PRICE, LINDA M (PB); VIBAR, MA CORAZON E (PB); LAXA, MARIAN T (PB); REYES, MARICELA (PB); VELLUTINI, MARK J (PB); WHITE, MAURICE D (PB); SANCHEZ, MELBY C (PB); SANCHEZ, MERBY J (PB); MITCHELL, MICHELLE M (PB); JOHNSON, MIEKA C (PB); MENDEZ, NANCY J (PB); CORTEZ, NINEL (PB); VASQUEZ, PAULA E (PB); FRANKLIN, PORTIA R (PB); SERRANO, RAFAEL (PB); FORD, RAQUEL (PB); BIKUL, REBECCA J (PB); JONES, REBECCA J (PB); LOTOMAU, REFINA L (PB); PANTOJA, ROBERT P (PB); PEREZ, ROGELIO (PB); SALAZAR, SELINA D (PB); THORPE, SHARON E (PB); JASPER, SHELBA L (PB); HUNT, TAMARA A (PB); THOMPSON, TERRI L (PB); NGUYEN, THACH (PB); WILLIAMS, TIFFANY (PB); JANZEN, TODD V (PB); BLAKE, VELMA L (PB); HEBERT, VERNON E (PB); MARTINEZ, VERONICA (PB); BAGNOD, VIRGINIA R (PB); WRIGHT, WAYNE D (PB); WONG-BURNS, WHILMA (PB); LI, YANG (PB); JANICE M DECKMAN; LINDA M PRICE; MARIAN T LAXA; DOMINGUEZ, KATHY M (PB)

**Cc:**
BAKER, RON (PB); WHETZEL, BETTY (PB); LINDSEY, GWEN S (PB); GUZMAN, JESSICA A (PB); NAVARRO-SAENZ, PATRICIA L (PB); TSUEI, CINDY Y (PB); RUIZ, EMMA P (PB)

**Subject:**
Attendance update 3/5/07

**Importance:**
High

Hello!
This is your attendance update for 3/5/07:

There were 6 call outs this morning
4 people went home
For a total of **10 reps** out today.   This is not looking so good and with all the call outs last week, the month is not off to a good start.



That is a lot not here that we forecasted would be here.  This directly affects training, time off and meetings!!  And in the long run, the benefits of collecting more money--Platinum, team award, customer satisfaction because they have to wait and the reps are frustrated when there is this pressure.

Stephanie Chandler
Coach Leader
AT&T Credit & Collections
408 493 7358

# EXHIBIT B

**JONES, JOYCE R (ATTPB)**

| | |
|---|---|
| **From:** | CHANDLER, STEPHANIE A (ATTPB) |
| **Sent:** | Wednesday, March 21, 2007 4:48 PM |
| **To:** | JONES, JOYCE R (ATTPB) |
| **Subject:** | RE: GIFT CARD |

Yes, I talked w/ her.  I will have to get one next time I am at Safeway.  I can get one that is good for you to exchange it to whatever they have available.

Stephanie Chandler
Coach Leader
AT&T Credit & Collections
408 493 7358

-----Original Message-----

| | |
|---|---|
| **From:** | JONES, JOYCE R (ATTPB) |
| **Sent:** | Wednesday, March 21, 2007 4:47 PM |
| **To:** | CHANDLER, STEPHANIE A (ATTPB) |
| **Subject:** | GIFT CARD |

Stephanie, I went to Linda Price.  She says no other gift cards avail.  I can't do anything with the one I have.  It's costly for me to drive back n' forth to san jose / santa clara,  to spend a $25 gift card ,  gas cost me that much and more.  I do not have any use for this card.  I guess I came back to you because you are the recognition manager.  Would you like the card back or what should I do with it?

1

#43

**JONES, JOYCE R (ATTPB)**

| | |
|---|---|
| From: | CHANDLER, STEPHANIE A (ATTPB) |
| Sent: | Monday, March 19, 2007 11:41 AM |
| To: | JONES, JOYCE R (ATTPB) |
| Cc: | TSUEI, CINDY Y (ATTPB) |
| Subject: | RE: RECOGNITION AND OTHER QUESTIONS |

Here are the answers to your questions:
1. Yes, we can exchange it. Let me check w/ Linda on what she has for $25.
2. If you recall, I took the picture w/ my camera also, but I haven't processed the film yet to have it enlarged.  I put up the most recent picture I had.
3. The pictures are not yet processed, but yes, in the past, we give you a duplicate of your award moment.

In the future, please type in correct email etiquette.  It is very difficult to read in all caps and it can be read as shouting.
Thank you.

| | |
|---|---|
| -----Original Message----- | |
| From: | JONES, JOYCE R (ATTPB) |
| Sent: | Monday, March 19, 2007 11:25 AM |
| To: | CHANDLER, STEPHANIE A (ATTPB) |
| Subject: | RECOGNITION AND OTHER QUESTIONS |

STEPHANIE, IN REFERENCE TO THE $25 GIFT CARD FOR 4TH QUARTER RECOGNITION.  ITS FOR SANTANA ROW (ONLY).  I HAVE NOT BEEN ABLE TO SPEND IT.  I WENT TO SANTANA ROW ON SATURDAY ,  IT'S ABOUT 35-40 MILES FROM MY HOME.  THERE WERE NO PARKING ,  AND OTHER PARKING YOU HAVE TO PAY FOR.   CAN THIS CARD BE REPLACED WITH A CARD THAT'S MORE CONVENIENT TO SPEND?  EACH OF THOSE CARDS  FOR RECOGNITION IS FOR SAN JOSE/ SANTA CLARA WHICH MAKES IT DIFFICULT TO SPEND AND FOR ME THIS DEFEATS THE PURPOSE.   THE ONLY TIME I GO TO VALLEY FAIR ,  IS WITH THE JOB.   I HAD NEVER WENT TO SANTANA ROW,  WITHOUT JOB,  UNTIL SATURDAY.

2ND QUESTION---- ON 3/16/2007,  YOU PUT A SMALL SIZE POLAROID,  ABOUT A  (3 X 4)  ON THE WALL FOR WINNER CIRCLE RECOGNITION.  THEY ARE SURROUNDED BY THE CULINARY INSTITUTE OF AMERICA BROCHURES.   THE PICTURE DOES NOT STAND OUT,  ITS NOT VISIBLE,  IT LOOKS JUST LIKE THE LITTLE BIGGER THAN A  (5X7) EASILY VISIBLE.  DO YOU HAVE ANY PLANS TO ENLARGE THE PICTURE FOR WINNER CIRCLE REPS?

3RD QUESTION----CAN I GET A COPY OF THE PICTURE TAKEN AT THE LUNCHEON WITH RON BAKER , RACHEL SIMON, AND OUR NEW DIRECTOR?

EXHIBIT C

Case 3:07-cv-05858-SI Document 8-12 Filed 04/07/2008 Page 10 of 30

at&t 

# Customer Commendation

On _March 20_ , 2007

**Collection Representative:** _Julie Jones_

Received a customer commendation for assisting:

_Mr Lynch_

**Customer Comments:** _Who very helpful and clear_
_in her verbiage with handling his account. He appreciated_
_her customer service_

_Paula Posture_
**RD/MGR**

_Liz_
**Coach Leader** 235598

#70

# EXHIBIT D

Case 3:12-cv-00358... Document 11-2 Filed 10/07/2008 Page 12 of 30

#71

# Customer Commendation

**at&t**

On _March 23_ , 2007

**Collection Representative:** _Joyce Jones_

**Received a customer commendation for assisting:**

_Michael Ellis_

**Customer Comments:** _were that service was_
_very efficient and professional_

_Waymon Wright_
**RD/MGR**

_Clay_
**Coach Leader** 23567

# EXHIBIT E



## at&t

**West Credit and Collections**

## WINNER'S CIRCLE OF EXCELL...

### "You Make The Difference"

**Acknowledgement of Achievement
Is hereby granted to**

# JOYCE JONES

**For outstanding performance and lasting contrib...
in dollars collected for the year 2006**

**Presented
March 15, 2007**

**Rachel Simon, Executive Director**

# EXHIBIT F

 **at&t**

#39

January, 8, 2007

San Jose Team,

I wanted to take a moment to express my thanks to all of you for helping to make 2006 a successful year for our center. With your hard work and dedication, we accomplished much. Most notably, we led the state in most of our metrics and did an outstanding job in representing the organization by managing our affiliate collection strategies and work efforts. In these areas, with your contribution, we definitely;

### *"Stood Out For All The Right Reasons"*

2007 will definitely be a challenging year with the finalization of the Bell South merger, maintaining our high level of productivity and continuing to lead the state in our results. It is my hope that San Jose can continue to work as a team in maintaining its focus to do everything possible to improve attendance results in 2007.

Lastly, I wanted to let you know that affective January 10, 2007 I will be retiring from ATT. It's been a pleasure working with all of you over the years and I look forward to hearing about your continued successes.

Best wishes to you and your family for a healthy and happy New Year.

Sincerely,

**Gabe Reyes**
Associate Director
Credit & Collections

F

# EXHIBIT G

# Summary of Objectives & Results



JJ7868

 at&t **PDP 2006**

**Performance Development Process**

# Performance Summary

**Name:** JOYCE JONES

**Organization & Unit:** CCG : COLLECTIONS-SAN JOSE

**Job Title:** COLLECTION REPRESENTATIVE

**Date:** 12 February 2007

**Coach's Name:** CINDY TSUEI

**Performance Period:** 2006

**Coach's Title:** COACH MANAGER - CREDIT & COLLECTIONS

**Coach's ARC:** V0F364660

## PDP    The Performance Development Process



COLC   C13  JJ7868

# Summary of Objectives & Results

| Focus Area | Factor | Results | Point Factor | Does Not Meet | Meets | Exceeds |
|---|---|---|---|---|---|---|
| **Results** | | | | | | |
| Customer Service - Observations | 16.67 | 99.5% | .83 | | | X |
| Adherence | 16.67 | 97.1% | .5 | | X | |
| Average Handle Time (AHT) | 16.67 | 200.9 | .5 | | X | |
| Mosaix Dialer AHT (Seconds) | 16.67 | 99.2 | .5 | | X | |
| Dollars Collected Per Hour | 16.66 | 755.82 | .5 | | X | |
| Collection Account Reviews | 16.66 | 99.2% | .83 | | | X |
| **Results Overall Rating** | | | 3.66 | | X | |
| | | | | <=2.99 | 3 - 4.59 | >=4.6 |

| Results Summary |
|---|
| JOYCE JONES has achieved a Results  overall rating of Meets with a score of 3.66 |

# Summary of Objectives & Results

| Focus Area | Factor | Results | Point Factor | Does Not Meet | Meets | Exceeds |
|---|---|---|---|---|---|---|
| **Effectiveness Dimensions: Supportive of Company's Vision. Values & Goals** | | | | | | |
| Continuous Improvement | 15 | 3% | .45 | | X | |
| Alignment with Organizational Goals | 15 | 3% | .45 | | X | |
| Customer Focus | 40 | 5% | 2 | | | X |
| Problem Solving | 15 | 3% | .45 | | X | |
| Teamwork | 15 | 3% | .45 | | X | |
| **Effectiveness Overall Rating** | | | 3.8 | | X | |
| | | | | <=2.99 | 3 - 4.59 | >=4.6 |

**Effectiveness Summary**

JOYCE JONES has achieved a Effectiveness Dimensions: Supportive of Company's Vision. Values & Goals  overall rating of Meets with a score of 3.8

# Summary of Objectives & Results

| Overall Rating | Factor | Results | Point Factor | Does Not Meet | Meets | Exceeds |
|---|---|---|---|---|---|---|
| Results | 50 | 3.66 | 1.83 | | X | |
| Effectiveness Dimensions: Supportive of Company's Vision. Values & Goals | 50 | 3.8 | 1.9 | | X | |
| **Combined Overall Rating** | | | 3.73 | | X | |
| | | | | <=2.99 | 3 - 4.59 | >=4.6 |

### Overall Performance Narrative

Joyce displayed the ability to Meet or exceed in all areas of work performance. Joyce's collection skill enabled her to collect a total of $1,122,764.00 for the year and was the top 10% of the offices highest collector. Joyce received Platinum Circle recognition for the 1st, 2nd, 3rd and the 4th quarter of 2006. Joyce has contributed to the office by working the Non Paid Product Removal Worklist (S29) with an Exceeds rating in accounts worked per hour. Joyce received 3 customer commendations.

# Summary of Objectives & Results

| Business Expectations | Does Not Meet | Meets |
|---|:---:|:---:|
| Meets the Standards and Expectations of the Company's Attendance Policy | | X |
| Models and Fosters Ethical Behavior | | X |
| Complies with Corporate Values and Principles and with EEO/AA/Sexual Harassment Policies | | X |
| Complies With All Federal, State, and Local Laws and Regulations | | X |
| Complies With All Safety Requirements | | X |

| Remarks: |
|---|
| Joyce was unsuccessful in achieving her 20% Attendance reduction goal for the year. |

# Summary of Objectives & Results

| Developmental Plan |
|---|

**To Enhance Results: Area of Focus**

**Results Actions Planned**

**To Enhance Effectiveness: Area of Focus**

**Effectiveness Actions Planned**

**Career Development Plan**

# Summary of Objectives & Results

**Employee Comments:**

| | | |
|---|---|---|
| **Coach:** Louis | **Date:** 2-13/07 |
| **Performer:** Joyce was covered on 2/13/07 | **Date:** |
| **Coach's Supervisor:** | **Date:** 2·28·07 |

# EXHIBIT H

 **at&t**

# EE Loss of Coverage COC

Statement Date 01-12-2008

A002308
JOYCE R. JONES
31205 KIMBERLY CT.
UNION CITY CA  94587

As a result of your termination, your benefit coverage was canceled as detailed below.

## Coverage That Ends

Your coverage under the following benefit plans will end on the dates listed below:

| | Coverage End Date |
|---|---|
| • **Medical** | |
| Option 1140 -- Health Care Network | |
| Coverage Category C2 -- Class II Dependent | 12-31-2007 |
| Pretax | |
| • **Working Spouse** | |
| Option 0 -- Contribution Does Not Apply | |
| • **Dental** | 12-31-2007 |
| Option 2 -- DEP-PPO | |
| Coverage Category 2 -- Individual + 1 | 12-31-2007 |
| Pretax | |
| • **Vision** | |
| Option 4 -- Coverage | |
| Coverage Category 2 -- Individual + 1 | 12-31-2007 |
| Pretax | |
| • **Basic Life Insurance** | |
| Option 1 -- Employer-Paid Coverage - $55,000.00 | |
| • **Supplemental Life Insurance** | 12-31-2007 |
| Option 0 -- No Coverage - $0.00 | |
| Smoker -- Yes | 12-31-2007 |

delivered by **Hewitt**

449310085 03349-A002308



# EXHIBIT I



at&t

PACIFIC BELL
TELEPHONE COMPANY
ONE BELL CENTER, 28TH FLR.
ST. LOUIS MO 63101

Statement of Earnings, Taxes and Allotments

PERS NO. 6015729

JOYCE R JONES
31205 KIMBERLY CT.
UNION CITY CA 94587

NON-NEGOTIABLE

PLEASE RETAIN PAYCHECK STUB FOR YOUR RECORDS

← DETACH CHECK ALONG THIS PERFORATION →

Non-Negotiable Check Stub - Detach and Retain for Your Records

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

| | THIS PERIOD | YTD |
| --- | --- | --- |
| CURRENT RATE 24.6750 | | |
| TOTAL COMPENSATION | 816.00 | 30,555.82 |

# EXHIBIT J

