1  WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 MARKET STREET, Suite 1407
   San Francisco, California 94103
3  Telephone (415) 675-7705
   Facsimile (415) 675-2530
4
   Attorney for Plaintiff
5  JOYES JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual, | Case No. C-07-03888 JF |
| Plaintiff, | **PLAINTIFF JOYCE JONES'** |
| vs. | **CONTINUED CASE MANAGEMENT CONFERENCE STATEMENT** |
| AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual and DOES 1-50, inclusive, | Date:       July 11, 2008<br>Time:       10:30 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Jeremy Fogel |
| Defendants. | |

Plaintiff Joyce Jones ("Plaintiff") submits the following Continued Case Management Conference Statement.

///

///

1.  Jurisdiction and Service

Joyce Jones filed her original complaint on July 30, 2007, alleging, among other causes of action, race discrimination in violation of 42 U.S.C. Sections 1981 and 2000 and violation of the Family Medical Leave Act ("FMLA"), 29 U.S.C. Section 2917.[1]

2.  Summary of Facts:

Plaintiff alleges that she was subjected to race discrimination and retaliation by Defendant. Defendant denies Plaintiff's allegations.

Factual disputes in this case include:

a.  Whether the Plaintiff was subjected to adverse employment action based on her race or alleged protected act;

b.  Whether AT&T Corp. made any employment decisions regarding Plaintiff and, if so, whether the decisions were based on Plaintiff's race or alleged protected act.

3.  Legal Issues

The following legal issues are in dispute:

a.  Was AT&T Corp Plaintiff's employer for purposes of liability for race discrimination and retaliation;

b.  Was Plaintiff subjected to an adverse employment action by AT&T Corp. based on her race;

c.  Was Plaintiff subjected to an adverse employment action by AT&T Corp. in retaliation for allegedly engaging in a protected act.

---

[1] Defendant AT&T Corp's Motion to Dismiss was granted as to Plaintiff's FMLA claim without leave to amend on March 28, 2008.

4. Motions

A motion to dismiss by Defendant AT&T Corp. was heard by the Court on March 28, 2008. The Court granted the motion to dismiss with leave to amend. Defendant's motion was granted as to Plaintiff's FMLA claim without leave to amend.

AT&T Corp. filed a second Motion to Dismiss Plaintiff's Second Amended Complaint which is scheduled for hearing on July 25, 2008, at 9:00 a.m. According to Civil L.R. 7-3, an "opposition to a motion must be served and filed not less than 21 days before the hearing date." Because the 21st day before the hearing date fell on a court holiday, July 4, Plaintiff filed her Opposition to Defendant AT&T's Motion To Dismiss Plaintiff's Second Amended Complaint on the next business day, July 7, 2008.

5. Amendment of Pleadings

Plaintiff filed a Second Amended Complaint pursuant to the Court's grant of AT&T Corp's First Motion to Dismiss with leave to amend allowing Plaintiff to allege facts, if possible, sufficient to show AT&T Corp. was her employer for purposes of this action.

6. Evidence Preservation

Plaintiff is preserving all evidence relevant to this case.

7. Disclosures

The parties have not exchanged initial disclosers.

8. Discovery

No discovery has been conducted.

9. Class Action

Not applicable.

///

10. Related Cases.

   None

11. Settlement and ADR

   Plaintiff reserves.

12. Consent to Magistrate Judge for All Purposes

   Plaintiff does not consent to a Magistrate Judge.

13. Other References

   Plaintiff does not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

14. Narrowing of Issues

   The parties have not agreed to the narrowing of any issues at this time.

15. Expedited Schedule

   Plaintiff does not believe the case should be handled on an expedited basis.

16. Scheduling

   Plaintiff reserves determination of scheduling dates pending filing of an amended complaint and response thereto.

17. Trial Estimate

   10 trial days.

DATED: 7/08/08                              /s/
                                       Waukeen McCoy
                                       Attorney For Plaintiff

PLAINTIFF JOYCE JONES' CONTINUED CASE MANAGEMENT CONFERENCE STATEMENT