UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE JONES,<br>　　　　　　Plaintiff,<br>V.<br>AT&T, ET AL,<br>　　　　　　Defendant. | Case Number CV-07-3888-JF<br>Case Management Conference<br>July 25, 2008<br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on July 11, 2008 is continued to July 25, 2008 at 9:00 a.m., to be heard with the motion, before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

July 8, 2008　　　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　By:   /s/
　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk