UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, July 25, 2008
**Case Number:** CV-07-3888-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:          JOYCE JONES  V.  AT&T, ET AL

                **PLAINTIFF**                                        **DEFENDANT**

   **Attorneys Present:** Spencer Smith           **Attorneys Present:** Susan Kumagai
                                                                        for AT&T

PROCEEDINGS:

   Hearing on Motion to Dismiss held.  Parties are present. The motion is taken under submission.  The case management conference is continued to 9/5/08 at 10:30 a.m.