LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
NAMAL MUNAWEERA (State Bar No. 247373)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>　　　　Defendants. | Case No. C07-3888 PVT<br><br>NOTICE OF ENTRY OF ORDER GRANTING MOTION TO DISMISS |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

　　　　PLEASE TAKE NOTICE that on August 18, 2008, the court entered, executed and filed a Order Granting AT&T Corp.'s Motion to Dismiss, a true and correct copy of which is attached hereto as Exhibit "A."

DATED: August 21, 2008

LAFAYETTE & KUMAGAI LLP

/s/Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on August 21, 2008 on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

NOTICE OF ENTRY OF ORDER GRANTING MOTION TO DISMISS
Case No. C07-3888 PVT