# UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, September 5, 2008
**Case Number:** CV-07-3888-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:           **JOYCE JONES  V.  AT & T, ET AL**

**PLAINTIFF**                              **DEFENDANT**

Attorneys Present: Conor Mack              Attorneys Present:

---

PROCEEDINGS:

Further case management conference held. Counsel for plaintiff is present. The case is referred to court mediation, to occur by 12/5/08. Continued to 12/5/08 at 10:30 a.m for further case management conference.