UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE JONES,<br><br>        Plaintiff,<br><br>  v.<br><br>AT&T, et al.,<br><br>        Defendants. | Case No.: C 07-3888 JF (PVT)<br><br>**ORDER DENYING REQUEST FOR DEPOSITION TO BE HELD IN PRESENCE OF THE COURT** |

On September 2, 2009, Plaintiff filed a Request for Deposition to be Held in Presence of the Court.[1]  Based on the briefs and arguments presented,

IT IS HEREBY ORDERED that Plaintiff's request is DENIED.  Any motion for a court order must comply with this court's Civil Local Rule 7.  This motion does not qualify as an administrative motion under Civil Local Rule 6.  In essence, it is a motion for a protective order under Federal Rules of Civil Procedure 26(c) seeking an order specifying the place, the court, for a deposition to take place.  As such, it must be made by way of a noticed motion, along with a motion to shorten time if warranted.  Any such motion must establish that such protection is warranted under Rule 26(c).

Dated: *9/11/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*