LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
NAMAL MUNAWEERA (State Bar No. 247373)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

\*\*E-Filed 11/25/2009\*\*

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>        Defendants. | Case No. C07-3888 JF<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR AN ORDER ENLARGING TIME FOR A HEARING ON A DISPOSITIVE MOTIONS AND TRIAL PURSUANT TO STIPULATION**<br><br>Complaint Filed: July 30, 2007<br>Trial Date:    March 8, 2010 |

Having read and considered the Stipulation for an Order Enlarging Time for a Hearing on a Dispositive Motion and Trial and the pleadings submitted, the Court GRANTS and ORDERS the following:

1.   The last day to hear dispositive motions shall be continued from January 8, 2010 to March 12, 2010; and

2.   The trial date, set for March 8, 2010, is vacated and continued to July 16, 2010.

///

///

///

///

[PROPOSED] ORDER GRANTING REQUEST FOR AN ORDER ENLARGING TIME FOR A HEARING ON A DISPOSITIVE MOTIONS AND TRIAL PURSUANT TO STIPULATION
(Case No. C07-3888 JF)

1

1    PURSUANT TO A STIPULATION, IT IS SO ORDERED.

2

3

DATED: 11/19/2009

4    _____
     HONORABLE JEREMY FOGEL
5    Judge, United States District Court
     Northern District of California

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

[PROPOSED] ORDER GRANTING REQUEST FOR AN ORDER ENLARGING TIME FOR A
HEARING ON A DISPOSITIVE MOTIONS AND TRIAL PURSUANT TO STIPULATION
(Case No. C07-3888 JF)