LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
TATIANA SMALL (State Bar No. 259697)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

**E-Filed 6/9/2010**

Attorneys for Defendant
PACIFIC BELL TELEPHONE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOYCE JONES, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T, a corporation doing business in California; PACIFIC BELL TELEPHONE COMPANY; STEPHANIE CHANDLER, an individual; CINDY TSUE, an individual; GABRIEL REYES, an individual,<br><br>　　　　Defendants. | Case No. C07-3888 JF<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:　　　　March 12, 2010<br>Time:　　　　9:00 a.m.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Jeremy Fogel<br><br>Complaint Filed: July 31, 2007<br>Trial Date:　　　July 16, 2010 |

　　　　Defendant Pacific Bell Telephone Company's ("Pacific Bell") Motion for Summary Judgment came on regularly for hearing before the Court on March 12, 2010, the Honorable Jeremy Fogel presiding.  Susan T. Kumagai appeared on behalf of defendant Pacific Bell Telephone Company.  Plaintiff Joyce Jones ("Plaintiff") appeared at the hearing pro se but did not file opposition papers.  The Court gave Jones three additional weeks within which to file written opposition to the motion, but Jones failed to do so.  Having carefully considered the arguments, relevant legal authority and evidence presented, the Court hereby grants Pacific Bell's Motion for Summary Judgment.

1    IT IS SO ORDERED.

4    Dated: __6/9/2010__, 2010

      _[signature]_
6     JEREMY FOGEL
      UNITED STATES DISTRICT COURT

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

Proposed Order-MSJ.doc

2

[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC BELL TELEPHONE COMPANY'S MOTION FOR SUMMARY JUDGMENT (Case No. C07-3888 JF)