**E-Filed 6/9/2010**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOYCE JONES,<br><br>   Plaintiff,<br><br>  v.<br><br>AT&T CORPORATION, et al.,<br><br>   Defendant. | Case Number C 07-3888 JF (PVT)<br><br>ORDER TO SHOW CAUSE |

  On August 19, 2008, the Court dismissed Plaintiff's claims against Defendant AT&T Corporation. On June 9, 2010, the Court granted summary judgment for Defendant Pacific Bell Company.

  None of the three individual defendants has appeared in this case, and Plaintiff has not filed any motions with respect to the individual defendants. Accordingly, Plaintiff is ordered to show cause, in writing and within twenty-one days, why this action should not be dismissed as to the individual defendants for failure to prosecute. A hearing on the order to show cause is set for July 16, 2010 at 10:30 a.m.

1     All motion and trial dates in this case are VACATED.

2     IT IS SO ORDERED.

6 DATED: 6/9/2010

                                                                                                     _____
                                                                                                     JEREMY FOGEL
                                                                                                     United States District Judge

Case No. C 07-3888 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)

1   Copies of this Order were served on:

3   Joyce Jones
    31205 Kimberly Court
4   Union City, CA 94587

6   Susan Tayeko Kumagai      skumagai@lkclaw.com, basano@lkclaw.com, lrich@lkclaw.com

3

Case No. C 07-3888 JF (PVT)
ORDER TO SHOW CAUSE
(JFLC2)